# WITNESS AND EXHIBIT LIST

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS | |
| MAIN NO.24-10120<br>Texas REIT, LLC | JUDGE: Shad Robinson |
| | COURTROOM STAFF: Jennifer Lopez |
| WITNESSES: | DATE: March 27, 2024, 9:00 a.m. |
| Ali Choudhri | **PARTY'S NAME: Debtor** |
| Angelo DeCaro | ATTORNEY'S NAME: BARRON & NEWBURGER, P.C. |
| Robert Norris | ATTORNEY'S PHONE: 512-476-9103, ext. 220 |
| Stephen W. Sather | NATURE OF PROCEEDINGS: |
| Dward Darjean | Motion to Annul Automatic Stay |
| Brad Porter | Motion for Use of Cash Collateral |
| Steven Wu | |
| Kevin Powers | |
| Jeff Samples | |
| George Lee | |
| Osama Abdulatif | |
| | |
| Any person listed by any other party | |

| NO. | DESCRIPTION OF EXHIBITS | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1. | Special Warranty Deed to Texas REIT | | | | |
| 2. | IBC Real Estate Lien Note | | | | |
| 3. | Deed of Trust to IBC | | | | |
| 4. | Deed of Trust to Architectural Services, Inc. | | | | |
| 5 | Special Warranty Deed | | | | |
| 6 | Email from Azeemeh Zaheer to Jeff Samples | | | | |
| 7 | Wire to IBC Bank | | | | |
| 8 | Email from George Lee to Todd Carlson dated 1/15/18 | | | | |
| 9 | Email from Todd Carlson to George Lee dated 1/19/18 | | | | |
| 10 | Offer from Wu Family Trust 4/14/18 | | | | |
| 11 | Email from Ali Choudhri to Brad Parker dated 5/30/18 | | | | |
| 12 | Levcor Offer | | | | |
| 13 | Cancellation and Rescission of Foreclosure as to 8050 Westheimer | | | | |
| 14 | Cancellation and Rescission of Foreclosure as to 8098 Westheimer | | | | |
| 15 | Temporary Restraining Order and Order Setting Hearing for Temporary Orders in Case No. 2015-36895, In the Matter of the Marriage of Azhar and Choudhri | | | | |
| 16 | Final Judgment in the Marriage of Hira Azar and Ali Choudhri | | | | |
| 17 | Appellate Opinion in Azhar v. Choudhri | | | | |
| 18 | Azhar Lis Pendens filings | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 19 | Abdulatif Lis Pendens filings | | | | |
| 20 | Declaration of Steven Wu 6/11/19 | | | | |
| 21 | Declaration of Steven Wu 7/15/19 | | | | |
| 22 | Declaration of Steven Wu 3/30/20 | | | | |
| 23 | State Court Judgment | | | | |
| 24 | Court of Appeals Docket Sheet | | | | |
| 25 | Appellant's Brief | | | | |
| 26 | Appellant's Reply Brief | | | | |
| 27 | Order Determining Net Worth of Judgment Debtor and Setting Supersedeas | | | | |
| 28 | Order of Court of Appeals | | | | |
| 29 | Suggestion of Bankruptcy | | | | |
| 30 | Order Granting Application for Receivership | | | | |
| 31 | Email from Stephen Sather to David Smitherman, 2/6/24, 9:51 a.m. | | | | |
| 32 | Email from David Smitherman to Stephen W. Sather 2/6/24, 11:16 a.m. | | | | |
| 33 | Email from Stephen W. Sather to David Smitherman 2/6/24, 11:20 a.m. | | | | |
| 34 | Rent Roll February 2024 | | | | |
| 35 | Income Statement Westheimer 2022 | | | | |
| 36 | Income Statement Westheimer 2023 | | | | |
| 37 | Cash Collateral Budget 2024 | | | | |
| 38 | Harris County Appraisal District Record for 8050 Westheimer | | | | |
| 39 | Harris County Appraisal District Record for 8098 Westheimer | | | | |
| | | | | | |
| | | | | | |