<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Texas REIT, LLC**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>**Western District of Texas**</td></tr>
<tr><td colspan="2">Case number (if known): _____ **24-10120** _____</td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

❑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

❑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

❑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

❑ *Schedule H: Codebtors (Official Form 206H)*

❑ *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)*

☑ Amended Schedule **A/B, D, E/F, G, H and SOFA**

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/25/2024**
              MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**Ali Choudhri**
Printed name

**Member**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor Name **Texas REIT, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): **24-10120**

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Veritex** | **Checking account** | **1 6 5 3** | **$158.40** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$158.40**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____

Debtor    **Texas REIT, LLC** _____    Case number (if known) **24-10120** _____
Name

| | |
|---|---|
| 7.2 _____ | _____ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.    _____

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                           **Current value of
                                                           debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ - _____ =..... ➔    _____
                               face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:    **$1,128,182.11** - **$1,128,182.11** =..... ➔    **$0.00**
                               face amount       doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$0.00**

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                            **Valuation method used        Current value of
                                            for current value**            **debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of
                                                 ownership:

    15.1. _____    _____    _____    _____

    15.2. _____    _____    _____    _____

Debtor    **Texas REIT, LLC**           Case number *(if known)*   **24-10120**

         Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.        `[_____]`

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.        `[_____]`

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

| Debtor | Texas REIT, LLC | Case number *(if known)* 24-10120 |
|---|---|---|
| | Name | |

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops—either planted or harvested | | | |
| **29.** Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** Farm machinery and equipment (Other than titled motor vehicles) | | | |
| **31.** Farm and fishing supplies, chemicals, and feed | | | |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

Debtor __**Texas REIT, LLC**_____   Case number *(if known)* __**24-10120**_____
  Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

   Add lines 39 through 42. Copy the total to line 86.                          [_____]

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

| Debtor | **Texas REIT, LLC** | Case number *(if known)* __24-10120__ |
|---|---|---|
| | Name | |

---

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

    48.1 _____    _____  _____   _____

    48.2 _____    _____  _____   _____

49. **Aircraft and accessories**

    49.1 _____    _____  _____   _____

    49.2 _____    _____  _____   _____

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

    _____    _____  _____   _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.          | _____ |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such<br>as Assessor Parcel Number (APN), and type of<br>property (for example, acreage, factory,<br>warehouse, apartment or office building), if<br>available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br><br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 **8050-8098 Westheimer Drive /**<br>**8500-8098 Westheimer Drive Houston, TX**<br>**77063** | Fee Simple | unknown | | $18,615,000.00 |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   | $18,615,000.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

---

| Debtor | Texas REIT, LLC | Case number *(if known)* | 24-10120 |
|--------|-----------------|---------------------------|----------|
|        | Name            |                           |          |

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:     All other assets**

| Debtor | **Texas REIT, LLC** | Case number *(if known)* | **24-10120** |
|---|---|---|---|
| | Name | | |

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____ – _____ = → _____
Total face amount     doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

**73.** **Interests in insurance policies or annuities**

_____  _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  _____

Nature of claim      _____

Amount requested    _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Possible claim against Socotra REIT I, LLC for wrongful foreclosure    unknown

Nature of claim      _____

Amount requested          **unknown**

**76.** **Trusts, equitable or future interests in property**

_____  _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  _____

_____  _____

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.    _____

---

| Debtor | Texas REIT, LLC | Case number *(if known)* 24-10120 |
|---|---|---|
| | Name | |

---

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $158.40 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | | |
| 84. Inventory. *Copy line 23, Part 5.* | | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | | |
| 88. Real property. *Copy line 56, Part 9.*................................................ → | | $18,615,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | | |
| 90. All other assets. *Copy line 78, Part 11.* | + unknown | |
| 91. Total. *Add lines 80 through 90 for each column...........................91a.* | $158.40 | + 91b. $18,615,000.00 |
| 92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ..................................................................... | | $18,615,158.40 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Texas REIT, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Western</strong> District of <strong>Texas</strong><br>(State)</td></tr>
<tr><td>Case number (if known):</td><td><strong>24-10120</strong></td></tr>
</table>

☑ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** Creditor's name

**Caz Creek Lending**

Describe debtor's property that is subject to a lien

8050-8098 Westheimer Drive

**$1,957,171.90** | **$18,615,000.00**

Creditor's mailing address

**118 Vintage Park Blvd No. W**

**Houston, TX 77070**

Describe the lien

_____

Creditor's email address, if known

_____

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Date debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

  **1) Caz Creek Lending;** 2) Harris County Tax Assessor; 3) Houston ISD; 4) WCW Houston Properties, LLC; 5) Dalio Holdings I, LLC; 6) FGMS Holdings, LLC

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  **$16,243,572.61**

Debtor     **Texas REIT, LLC**                                    Case number (if known) **24-10120**
           Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.2** Creditor's name

**Dalio Holdings I, LLC**

Describe debtor's property that is subject to a lien

8050-8098 Westheimer Drive, 8098 Westheimer

Column A: **$13,855,502.64**

Column B: **$18,615,000.00**

Creditor's mailing address

**1001 West Loop S Ste 700 Suite 1100**

**Houston, TX 77027-9033**

Describe the lien

_____

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☐ No
☑ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      For 8050-8098 Westheimer Drive: 1) Caz Creek Lending; 2) Harris County Tax Assessor; 3) Houston ISD; 4) WCW Houston Properties, LLC; **5) Dalio Holdings I, LLC**; 6) FGMS Holdings, LLC; For 8098 Westheimer : **1) Dalio Holdings I, LLC**; 2) FGMS Holdings, LLC; 3) Harris County Tax Assessor; 4) WCW Houston Properties, LLC; 5) Houston ISD

   ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | Texas REIT, LLC | Case number (if known) | 24-10120 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.3** Creditor's name

**FGMS Holdings, LLC**

Creditor's mailing address

**12000 Network Blvd., Bldg. B Suite 210**

**San Antonio, TX 78249**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   __ __  __ __

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2**

Describe debtor's property that is subject to a lien

8050-8098 Westheimer Drive, 8098 Westheimer

**$190,023.47**   **$18,615,000.00**

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Texas REIT, LLC | | Case number (if known) 24-10120 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4 Creditor's name**

Harris County Tax Assessor

**Creditor's mailing address**

Po Box 4622

Houston, TX 77210-4622

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2**

**Describe debtor's property that is subject to a lien**

8050-8098 Westheimer Drive, 8098 Westheimer

**Describe the lien**

Ad Valorem

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$92,810.13**

Column B: **$18,615,000.00**

| Debtor | **Texas REIT, LLC** | Case number (if known) **24-10120** |
|---|---|---|
| | Name | |

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**

**Harris County Tax Assessor**

Describe debtor's property that is subject to a lien

$148,064.47     unknown

**Creditor's mailing address**

**Po Box 4622**

**Houston, TX 77210-4622**

Describe the lien

_____

**Creditor's email address, if known**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  __Texas REIT, LLC_____     Case number (if known) __24-10120_____
     Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral** |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | Do not deduct the value of collateral. | that supports this claim |

**2.6 Creditor's name**

   **Houston ISD**

**Creditor's mailing address**

   **P.O.Box 4668**

   **Houston, TX 77210**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2**

**Describe debtor's property that is subject to a lien**

8050-8098 Westheimer Drive, 8098 Westheimer

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **unknown**

Column B: **$18,615,000.00**

Debtor **Texas REIT, LLC**
_____
Name

Case number (if known) **24-10120**
_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |

**2.7** Creditor's name

**WCW Houston Properties, LLC**
_____

Creditor's mailing address

**c/o Matthew Kevin Powers**
**Burford Perry**
_____

**909 Fannin, Suite 2630**
_____

**Houston, TX 77010-1003**
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2**

Describe debtor's property that is subject to a lien
8050-8098 Westheimer Drive, 8098 Westheimer

Describe the lien

**Mortgage**
_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

| | |
|---|---|
| **unknown** | **$18,615,000.00** |

**Remarks:** Amount is not determined after court of appeals reversed summary judgment on amount of debt.

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page **7** of **7**

**Fill in this information to identify the case:**

Debtor name _____**Texas REIT, LLC**_____

United States Bankruptcy Court for the:

_____**Western District of Texas**_____

Case number (if known): _____**24-10120**_____

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address _____ _____ _____ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | _____ | _____ |
| Date or dates debt was incurred _____ | Basis for the claim: _____ |  |  |
| Last 4 digits of account number __ __ __ __ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset? ☐ No ☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address _____ _____ _____ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | _____ | _____ |
| Date or dates debt was incurred _____ | Basis for the claim: _____ |  |  |
| Last 4 digits of account number __ __ __ __ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset? ☐ No ☐ Yes |  |  |

| Debtor | **Texas REIT, LLC** | | Case number *(if known)* | **24-10120** |
|---|---|---|---|---|
| | Name | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Affordable Dumpster Rentals**

**6520 US Hwy 301 S Suite 112**

**Riverview, FL 33578**

Date or dates debt was incurred

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$275.00

**3.2** Nonpriority creditor's name and mailing address

**AGAPE**

**6161 Savoy Drive Suite 500**

**Houston, TX 77036**

Date or dates debt was incurred

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$280.00

**3.3** Nonpriority creditor's name and mailing address

**Akin Gump Strauss Hauer & Feld LLP**

**1111 Louisiana Street, 44th Floor**

**Houston, TX 77002**

Date or dates debt was incurred

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$182.00

**3.4** Nonpriority creditor's name and mailing address

**Clark Hill PC**

**500 Woodward Ave Suite 3500**

**Detroit, MI 48226**

Date or dates debt was incurred

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,447.73

| Debtor | **Texas REIT, LLC** | Case number *(if known)* | **24-10120** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

**Competition Roofing, Inc.**

**7310 Fairview Street**

**Houston, TX 77041**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,581.94

---

**3.6** Nonpriority creditor's name and mailing address

**Drew Dennett**

**2450 Wickersham Lane, Suite 202**

**Austin, TX 78741**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$51,500.00

---

**3.7** Nonpriority creditor's name and mailing address

**IPFS Corporation**

**PO Box 412086**

**Kansas City, MO 64141**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,372.19

---

**3.8** Nonpriority creditor's name and mailing address

**Jetall Companies, Inc.**

**2425 West Loop South Suite 1100**

**Houston, TX 77027**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Management Fees**

Is the claim subject to offset?
☑ No
☐ Yes

$2,347,887.79

---

| Debtor | **Texas REIT, LLC** | Case number *(if known)* | **24-10120** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,469.82 |
|---|---|---|---|

**JLM Law, PLLC**

**1001 West Loop S Ste 700**

**1001 West Loop S Ste 700**

**Houston, TX 77027-9033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**John Quinlan, Omar Khawaja, Osama Abdulatif**

**c/o Steven Leyh**
**Hoover Slovacek, LLP**

**5051 Westheimer, Suite 1200**

**Houston, TX 77028**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Alter ego claim**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,548.81 |
|---|---|---|---|

**Nationwide Security**

**2425 W Loop S Ste.300**

**Houston, TX 77027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Steadfast 829 Holdings, Inc.**

**c/o Rodney Drinnon**
**McCathern**

**2000 West Loop South Suite 1850**

**Houston, TX 77027**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Litigation Claim in Case No. 4:22-cv-00905 in SDTX

Debtor    __Texas REIT, LLC_____      Case number *(if known)*    __24-10120__
                Name

---

**Part 2:** **Additional Page**

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,449.50** |

**US Insurance Funding**

**8303 SW Freeway Suite 435**

**Houston, TX 77074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$41,575.00** |

**Wrinkle, Gardner & Company, PC**

**PO Box 1707**

**Friendswood, TX 77549**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Texas REIT, LLC | | Case number *(if known)* | 24-10120 |
|---|---|---|---|---|
| | Name | | | |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,554,569.78** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,554,569.78** |

Fill in this information to identify the case:

Debtor name **Texas REIT, LLC**

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): **24-10120** Chapter **11**

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: **Commercial Lease** | **Blue Nile Ethiopian Restaurant** |
| | State the term remaining: **45 months** | |
| | List the contract number of any government contract: | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: **Commercial Lease** | **Domain Bar/Dental** |
| | State the term remaining: **35 months** | |
| | List the contract number of any government contract: | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: **Commercial Lease** | **Happy Teahouse** |
| | State the term remaining: **78 months** | |
| | List the contract number of any government contract: | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: **Commercial Lease** | **Houston Testosterone Club** |
| | State the term remaining: **20 months** | |
| | List the contract number of any government contract: | |

| Debtor | **Texas REIT, LLC** | Case number *(if known)* | **24-10120** |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Management Contract** | **Jetall Companies, Inc.** |
| | | | **2425 West Loop South Suite 1100** |
| | State the term remaining | **0 months** | **Houston, TX 77027** |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | **Pawn TX, Inc.** |
| | State the term remaining | **75 months** | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | **Unfold Beauty Bar** |
| | State the term remaining | **8 months** | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Texas REIT, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): **24-10120**

☑ Check if this is an amended filing

**Official Form 206H**

# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Ali Choudhri** | **1001 West Loop S Ste 700**<br>Street<br><br>**Houston, TX 77027-9033**<br>City State ZIP Code | **John Quinlan, Omar Khawaja, Osama Abdulatif** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 **Jetall Companies** | **1001 W Loop S Suite 700**<br>Street<br><br>**Houston, TX 77027**<br>City State ZIP Code | **John Quinlan, Omar Khawaja, Osama Abdulatif** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | Street<br><br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor    **Texas REIT, LLC**
          _____
          Name

Case number (if known) **24-10120**
          _____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____ | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | ZIP Code | | |
| 2.6 | _____ | _____ | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | ZIP Code | | |

Official Form 206H    **Schedule H: Codebtors**    page __2__ of __2__

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Texas REIT, LLC** |
| --- | --- |

United States Bankruptcy Court for the:

**Western District of Texas**

| Case number (if known): | **24-10120** | Chapter | **11** |
| --- | --- | --- | --- |

☑ Check if this is an amended filing

<u>Official Form 206Sum</u>

# Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*...........................................................................................

   $18,615,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................

   $158.40

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................................

   $18,615,158.40

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................

   $16,243,572.61

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

   $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   + $2,554,569.78

4. **Total liabilities**..................................................................................................................
   Lines 2 + 3a + 3b

   $18,798,142.39

**Fill in this information to identify the case:**

Debtor name      **Texas REIT, LLC**

United States Bankruptcy Court for the:

     **Western District of Texas**

Case number (if known):     **24-10120**

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$98,691.98** |
| For prior year: | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,004,933.02** |
| For the year before that: | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$581,469.78** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| For prior year: | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| For the year before that: | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

| Debtor | **Texas REIT, LLC** | Case number *(if known)* | **24-10120** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** _____ Creditor's name _____ Street _____ City          State      ZIP Code | _____ _____ _____ | _____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jetall Companies** Creditor's name **1001 W Loop S Suite 700** Street **Houston, TX 77027** City          State      ZIP Code Relationship to debtor **Affiliate** | _____ | **$664,013.37** | **See attached** _____ _____ |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

---

| Debtor | **Texas REIT, LLC** | | Case number *(if known)* | **24-10120** |
|---|---|---|---|---|
| | Name | | | |

**5.1.** **Socotra**       **Condominium units on 10101 Gessner**     **09/05/2023**
Creditor's name

Street

City        State    ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City   State   ZIP Code | | | |

---

**Part 3:** **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Texas REIT, LLC v. WCW Houston Properties, LLC** | **Appeal of adverse judgment** | **14th Court of Appeals** <br> Name | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| Case number | | Street | |
| **14-22-00827-CV** | | | |
| | | City    State    ZIP Code | |

| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **WCW Houston Properties, LLC v. Texas REIT, LLC, et al** | | **151st Judicial Court Harris County** <br> Name | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| Case number | | Street | |
| **2017-35320** | | | |
| | | City    State    ZIP Code | |

| Debtor | Texas REIT, LLC | | Case number *(if known)* | 24-10120 |
|---|---|---|---|---|
| | Name | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Johnn Quinlan, et al v. Houston Real Estate Properties, et al | | U.S. Bankruptcy Court for the Southern District of Texas | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | **Case number** | | Street | |
| | Adv. No. 23-3141 | | | |
| | | | City          State     ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Steadfast 829 Holdings, Inc. v. Choudhri, et al | | U.S. District Court for the Southern District of Texas | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | **Case number** | | Street | |
| | 4:22-cv-0095 | | | |
| | | | City          State     ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | | Name |
| | City          State     ZIP Code | Case number | Street |
| | | Date of order or assignment | City          State     ZIP Code |

---

**Part 4:** **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Debtor | Texas REIT, LLC | Case number *(if known)* | 24-10120 |
|---|---|---|---|
| | Name | | |

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City                State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

### Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** | | | |

---

### Part 6: Certain Payments or Transfers

**11.** Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** Barron & Newburger, P.C. | | 1/2/2024 | $20,000.00 |
| Address | | | |
| 7320 N Mopac Expy Ste 400<br>Street | | | |
| Austin, TX 78731-2347<br>City                State    ZIP Code | | | |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| Texas REIT, LLC | | | |

---

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor    **Texas REIT, LLC**                                    Case number *(if known)*    **24-10120**
          Name

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| | Street | |
| | City          State          ZIP Code | |

| Debtor | Texas REIT, LLC | Case number *(if known)* | 24-10120 |
|---|---|---|---|
| | Name | | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ | **How are records kept?** |
| _____ City          State     ZIP Code | _____ | *Check all that apply:*  ☐ Electronically  ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor | Texas REIT, LLC | Case number *(if known)* | 24-10120 |
|---|---|---|---|
| | Name | | |

**18.1**

_____  XXXX– __ __ __ __    ☐ Checking    _____  _____
Name                                                  ☐ Savings
_____                     ☐ Money market
Street                                                 ☐ Brokerage
_____                     ☐ Other
_____                     _____
City          State    ZIP Code

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City          State    ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City          State    ZIP Code | | | |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

| | |
|---|---|
| Debtor **Texas REIT, LLC** | Case number *(if known)* **24-10120** |
| Name | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City              State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State     ZIP Code | City              State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State     ZIP Code | City              State     ZIP Code | | |

| Debtor | Texas REIT, LLC | | Case number *(if known)* | 24-10120 |
|---|---|---|---|---|
| | Name | | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1.** _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1. Scarlett MacGeorge**<br>Name<br><br>**2524 West Loop South 11th Floor**<br>Street<br><br>**Houston, TX 77027-9033**<br>City                    State              ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City                    State              ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Debtor | Texas REIT, LLC | | | Case number *(if known)* | 24-10120 |
|---|---|---|---|---|---|
| | Name | | | | |

**26c.1.**

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| | | | |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City | State | ZIP Code | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**26d.1.**

| Name and address |
|---|
| |
| Name |
| |
| Street |
| |
| City            State            ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**27.1.**

| Name and address of the person who has possession of inventory records |
|---|
| |
| Name |
| |
| Street |
| |
| City            State            ZIP Code |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ali Choudhri | 1001 West Loop S Ste 700 Houston, TX 77027-9033 | , Member | 100.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Debtor | Texas REIT, LLC | | Case number *(if known)* | 24-10120 |
|---|---|---|---|---|
| | Name | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1.** | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |
| **Relationship to debtor** | | | |
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____**06/25/2024**____
　　　　　　　MM/ DD/ YYYY

Debtor    **Texas REIT, LLC**                                   Case number *(if known)*    **24-10120**
         Name

**X** _____    Printed name        **Ali Choudhri**
    Signature of individual signing on behalf of the debtor

   Position or relationship to debtor _____ **Member** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

Schedule 3(a)

## Check Register

**Properties:** 8098 Westheimer Rd - 8098 Westheimer Rd Houston, TX 77063, 8050 - 8092 Westheimer - 8050 - 8092 Westheimer Rd Houston, TX 77063
**Date Range:** 11/05/2023 to 02/05/2024
**Bank Accounts:** All
**Payees:** All
**Payment Type:** All
**Include Voided Checks:** No
**Exclude Cleared Checks:** No

| Bank Account | Check # | Cleared | Check Date | Payee Name | Amount | Check Memo |
|---|---|---|---|---|---|---|
| **Texas REIT LLC - 1653** | | | | | | |
| Texas REIT LLC - 1653 | 1653 | No | 11/06/2023 | Affordable Dumpster Rentals LLC | 272.00 | |
| Texas REIT LLC - 1653 | Credit on account | No | 11/09/2023 | APG&E | 247.79 | |
| Texas REIT LLC - 1653 | 1054 | No | 11/15/2023 | City of Houston Water | 396.78 | |
| Texas REIT LLC - 1653 | 1653 | No | 11/15/2023 | Bowen, Miclette & Britt | 1,010.00 | |
| Texas REIT LLC - 1653 | 1653 | No | 11/15/2023 | Bowen, Miclette & Britt | 2,770.02 | |
| Texas REIT LLC - 1653 | Credit on account | No | 11/17/2023 | APG&E | 247.79 | |
| Texas REIT LLC - 1653 | 1055 | No | 11/20/2023 | APG&E | 5.05 | |
| Texas REIT LLC - 1653 | 1653 | No | 12/01/2023 | Jetall Companies, Inc | 18,996.95 | |
| Texas REIT LLC - 1653 | 1653 | No | 12/18/2023 | ISCENTIAL, INC | 9,476.33 | |
| Texas REIT LLC - 1653 | 1653 | No | 12/26/2023 | City of Houston Water | 1,770.35 | |
| Texas REIT LLC - 1653 | 1653 | No | 12/26/2023 | Affordable Dumpster Rentals LLC | 272.00 | |
| Texas REIT LLC - 1653 | Credit on account | No | 12/27/2023 | APG&E | 254.05 | |
| Texas REIT LLC - 1653 | Cashiers Check 1653 | No | 12/29/2023 | Harris County Clerk | 5,000.00 | |
| Texas REIT LLC - 1653 | 1056 | No | 01/02/2024 | APG&E | 5.05 | |
| Texas REIT LLC - 1653 | 1653 | No | 01/02/2024 | Barron & Newburger, PC | 20,000.00 | |
| Texas REIT LLC - 1653 | 1653 | No | 01/03/2024 | City of Houston Water | 396.78 | |
| Texas REIT LLC - 1653 | 1653 | No | 01/03/2024 | City of Houston Water | 1,438.02 | |
| Texas REIT LLC - 1653 | 1057 | No | 01/12/2024 | Commercial Building Services | 2,145.00 | |
| Texas REIT LLC - 1653 | 1653 | No | 01/16/2024 | Affordable Dumpster Rentals LLC | 272.00 | |
| Texas REIT LLC - 1653 | 1653 | No | 01/19/2024 | IPFS Corporation | 6,700.80 | |
| Texas REIT LLC - 1653 | Credit on account | No | 01/31/2024 | APG&E | 269.63 | |
| Texas REIT LLC - 1653 | 1058 | No | 02/02/2024 | APG&E | 5.30 | |
| Texas REIT LLC - 1653 | 1653 | No | 02/02/2024 | City of Houston Water | 396.78 | |
| Texas REIT LLC - 1653 | 1653 | No | 02/05/2024 | Jetall Companies, Inc | 18,996.95 | |

## Check Register

| Bank Account | Check # | Cleared | Check Date | Payee Name | Amount | Check Memo |
|---|---|---|---|---|---|---|
| Texas REIT LLC - 1653 | 1653 | No | 02/05/2024 | Affordable Dumpster Rentals LLC | 272.00 | |
| Texas REIT LLC - 1653 | 1653 | No | 02/05/2024 | The Rhodes Law Firm | 3,000.00 | |
| | | | | | 94,617.42 | |

**Total** 94,617.42

Payments to Jetall Companies

| | Transfer to | Transfer from |
|---|---|---|
| 2/6/2024 | $ 18,996.95 | |
| 2/2/2024 | $ 11,000.00 | |
| 2/1/2024 | $ 3,000.00 | |
| 1/19/2024 | | $ 6,372.19 |
| 1/11/2024 | $ 6,000.00 | |
| 1/2/2024 | $ 15,000.00 | |
| 12/15/2023 | $ 7,000.00 | |
| 12/1/2023 | $ 18,996.95 | |
| 11/14/2023 | | $ 7,000.00 |
| 11/14/2023 | $ 2,000.00 | |
| 11/10/2023 | $ 18,966.95 | |
| 11/1/2023 | $ 12,000.00 | |
| 10/30/2023 | $ 2,660.83 | |
| 10/17/2023 | $ 8,000.00 | |
| 10/16/2023 | $ 10,000.00 | |
| 10/12/2023 | $ 1,000.00 | |
| 10/6/2023 | $ 5,000.00 | |
| 10/5/2023 | $ 5,000.00 | |
| 10/2/2023 | $ 12,000.00 | |
| 9/29/2023 | $ 3,631.70 | |
| 9/27/2023 | $ 2,000.00 | |
| 9/14/2023 | $ 18,966.95 | |
| 9/5/2023 | $ 5,000.00 | |
| 9/5/2023 | $ 20,000.00 | |
| 8/18/2023 | $ 2,000.00 | |
| 8/11/2023 | $ 10,000.00 | |
| 8/8/2023 | $ 4,000.00 | |
| 8/7/2023 | $ 5,100.00 | |
| 8/1/2023 | $ 32,400.00 | |
| 7/14/2023 | $ 3,966.95 | |
| 7/14/2023 | $ 15,000.00 | |
| 7/12/2023 | $ 7,000.00 | |
| 7/10/2023 | $ 10,000.00 | |
| 7/10/23 | $ 20,000.00 | |
| 7/6/2023 | $ 1,351.92 | |
| 6/28/2023 | $ 43,000.00 | |
| 6/27/2023 | $ 1,500.00 | |
| 6/13/2023 | $ 18,966.95 | |
| 6/1/2023 | $ 18,966.95 | |
| 6/1/2023 | $ 20,000.00 | |
| 5/1/2023 | $ 2,600.00 | |
| 5/26/2023 | $ 18,966.95 | |

| | | |
|---|---|---|
| 5/19/2023 | $ | 10,825.00 |
| 5/3/2023 | $ | 2,000.00 |
| 4/12/2023 | $ | 18,966.95 |
| 4/12/2023 | $ | 18,966.95 |
| 4/6/2023 | $ | 18,966.95 |
| 4/4/2023 | $ | 18,966.95 |
| 3/29/2023 | $ | 3,677.05 |
| 3/29/2023 | $ | 23,000.00 |
| 3/15/2023 | $ | 20,000.00 |
| 3/13/2023 | $ | 22,809.99 |
| 3/10/2023 | $ | 15,000.00 |
| 3/8/2023 | $ | 25,000.00 |
| 3/1/2023 | $ | 3,698.37 |
| 2/28/2023 | $ | 10,000.00 |
| 2/24/2023 | $ | 3,698.37 |
| 2/15/2023 | $ | 7,396.74 |
| | $ 664,013.37 | $ 13,372.19 |