### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-10120-smr |
| TEXAS REIT, LLC | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

John Quinlan, Omar Khawaja, and Osama Abdullatif, hereby withdraw their Proof of Claim No. 9.

Dated: August 8, 2024

Respectfully submitted,

**HOOVER SLOVACEK, LLP**

By: */s/ Steven A. Leyh*
Steven A. Leyh
State Bar No. 12318300
leyh@hooverslovacek.com
T. Michael Ballases
State Bar NO. 24036179
ballases@hooverslovacek.com
Brice B. Beale
State Bar No. 24031855
beale@hooverslovacek.com
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395

**ATTORNEYS FOR JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim No. 9 was served upon the parties listed on Debtor's Mailing Matrix by United States Mail, First Class, Postage Prepaid, and/or by Electronic means for all Pacer system participants on August 8, 2024.

Stephen W. Sather
Barron & Newburger, PC
7320 N. MoPac Expy, Suite 400
Austin, Texas 78731
Email: ssather@bn-lawyers.com
**Attorney for Texas Reit, LLC**

/s/ Steven A. Leyh
Steven A. Leyh

bel Matrix for local noticing
42-1
se 24-10120-smr
stern District of Texas
stin
u Aug  8 13:49:14 CDT 2024

Texas REIT, LLC
2450 Wickersham Lane, Suite 202
Austin, TX 78741-4744

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

APE
61 Savoy Drive Suite 500
uston, TX 77036-3326

Affordable Dumpster Rentals
6520 US Hwy 301 S Suite 112
Riverview, FL 33578-4324

Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002-5225

i Choudhri
25 West Loop St 11 FL
uston TX 77027

Amina Properties, L.L.C.
c/o T. Josh Judd
Andrews Myers, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4175

Caz Creek Holdings 2, LLC
c/o Howard Marc Spector
12770 Coit Rd, St 850
Dallas, TX 75251

z Creek Holdings 2, LLC as Custodian for
H TX2, LLC
800 Landmark Blvd., Suite 400
llas, TX 75254-7598

Caz Creek Lending
118 Vintage Park Blvd No. W
Houston, TX 77070-4095

City of Houston
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

ark Hill PC
0 Woodward Ave Suite 3500
troit, MI 48226-3485

Competition Roofing, Inc.
7310 Fairview Street
Houston, TX 77041-2106

Cypress BridgeCo, LLC  and Magnolia BridgeCo
c/o McDowell Hetherington LLP
ATTN: Robert P. Debelak III
1001 Fannin St., Ste. 2400
Houston, TX 77002-6706

press BridgeCo, LLC and Magnolia BridgeCo,
o McDowell Hetherington LLP
TN: Matthew W. Bourda
01 Fannin St., Ste. 2400
uston, TX 77002-6706

Dalio Holdings I, LLC
2425 West Loop South Suite 77027-4210

Drew Dennett
2450 Wickersham Lane, Suite 202
Austin, TX 78741-4744

MS Holdings, LLC
000 Network Blvd., Bldg. B Suite 210
n Antonio, TX 78249-3353

(p)HARRIS COUNTY ATTORNEY'S OFFICE
P O BOX 2928
HOUSTON TX 77252-2928

Harris County, et al
P.O. Box 2848
Houston, TX 77252-2848

uston Community College System
o Tara L. Grundemeier
nebarger Goggan Blair & Sampson LLP
 Box 3064
uston, TX 77253-3064

Houston ISD
P.O.Box 4668
Houston, TX 77210-4668

Houston ISD
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

FS Corporation
 Montgomery Street, Suite 501
rsey City, NJ 07302-3821

IPFS Corporation
PO Box 412086
Kansas City, MO 64141-2086

JLM Law, PLLC
1001 West Loop South
Ste 700
Houston, TX 77027-9033

tall Companies, Inc.
25 West Loop South Suite 1100
uston, TX 77027-4210

John Quinlan
c/o Steven A. Leyh
Hoover Slovacek, LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056-5839

John Quinlan, Omar Khawaja, and Osama Abdull
c/oSteve Leyh Hoover Slovacek LLP
Galleria Tower 2, 5051 Westheimer, Ste 1
Houston, Texas 77056
Houston, TX 77056-5622

ck Brooks, LLC as agent and
torney in fact for FGMS Holdings, LLC
o Howard Marc Spector
770 Coit Rd, St 850
llas, TX 75251

Mack Brooks, LLC as agent for
FGMS Holdings, LLC
12672 Silicon Drive, Suite 150
San Antonio, TX 78249-3450

Mark C. Taylor, Special Litigation Counsel
Holland & Knight LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701-4042

tionwide Security
25 W Loop S Ste.300
uston, TX 77027-4207

Offices of Drew Dennett
2450 Wickersham Ln
Suite 202
Austin, TX 78741-4744

Omar Khawaja
c/o Steven A. Leyh
Hoover Slovacek, LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056-5839

ama Abdullatif
o Steven A. Leyh
over Slovacek, LLP
51 Westheimer, Suite 1200
uston, Texas 77056-5839

Steadfast 829 Holdings, Inc.
c/o Rodney Drinnon
McCathern
2000 West Loop South Suite 1850
Houston, TX 77027-3744

US Insurance Funding
8303 SW Freeway Suite 435
Houston, TX 77074-1691

ited States Trustee - AU12
ited States Trustee
3 San Jacinto Blvd, Suite 230
stin, TX 78701-2450

WCW HOUSTON PROPERTIES, LLC
Attn: Judith Chang - CFO
3657 Briarpark Drive, Ste. 188
Houston, TX 77042-5267

WCW Houston Properties, LLC
Attn: Tami Kim  Broker Associate/Attorne
6100 Corporate Drive, Suite 319
Houston, TX 77036-3433

W Houston Properties, LLC
wley Law PLLC c/o Eric Terry
1 Louisiana Street, Ste 1850
uston, TX 77002-2790

WCW Houston Properties, LLC
c/o M. Kevin Powers
Burford Perry, LLP
909 Fannin, Suite 2630
Houston, Texas 77010-1003

WCW Houston Properties, LLC
c/o Matthew Kevin Powers
Burford Perry
909 Fannin, Suite 2630
Houston, TX 77010-1003

inkle, Gardner & Company, PC
Box 1707
iendswood, TX 77549-1707

c/o Steven A. Leyh
Hoover Slovacek, LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056-5839

Mark Curtis Taylor
Holland & Knight
100 Congress Ave
Suite 1800
Austin, TX 78701-4042

ephen W. Sather
rron & Newburger, PC
20 N MoPac Expy, Suite 400
stin, TX 78731-2347

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

rris County Tax Assessor
Box 4622
uston, TX 77210-4622

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)FGMS Holdings, LLC

000 Network Blvd., Bldg. B Suite 210

n Antonio, TX 78249-3353

(d)Harris County, et al.

P.O. Box 2848

Houston, TX 77252-2848

| End of Label Matrix | |
|---|---|
| Mailable recipients | 48 |
| Bypassed recipients | 2 |
| Total | 50 |