# WITNESS AND EXHIBIT LIST

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS | |
| MAIN NO.24-10120 <br> Texas REIT, LLC | JUDGE: Shad Robinson |
| | COURTROOM STAFF: Jennifer Lopez |
| WITNESSES: <br> Ali Choudhri | DATE: August 15, 2024, 11:30 a.m. |
| | **PARTY'S NAME: Debtor** |
| | ATTORNEY'S NAME: BARRON & NEWBURGER, P.C. |
| | ATTORNEY'S PHONE: 512-476-9103, ext. 220 |
| | NATURE OF PROCEEDING <br> Objection to Claim of Quinlan, Khawaja and Abdulatif |
| Any person listed by any other party | |

| NO. | DESCRIPTION OF EXHIBITS | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1. | Proof of Claim No. 9-1 with attachments | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| | | | | | |
| | | | | | |