Expedited hearing shall be held on 8/13/2024 at 03:30 PM in Austin Courtroom 1. Movant is responsible for notice.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 12, 2024**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-10120-smr |
| TEXAS REIT, LLC | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | |

### ORDER GRANTING MOTION FOR EXPEDITE HEARING ON MOTION FOR LEAVE TO WITHDRAW CLAIM NO. 9

 Before the Court is the Motion for Expedited Hearing on Motion for Leave to Withdraw Claim No. 9 filed by John Quinlan, Omar Khawaja, and Osama Abdullatif ("Movants") requesting an expedited hearing on the Motion for Leave to Withdraw Claim No. 9 filed on August 12, 2024. The Court finds that the Motion should be granted as set forth below.

 ACCORDINGLY, IT IS THEREFORE ORDERED that the Motion for Leave to Withdraw Claim No. 9 is scheduled for expedited hearing on the date and time listed above.

###

Order submitted by:

Steven A. Leyh
Hoover Slovacek, LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056

4854-9815-5735, v. 1