**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 26, 2024.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TEXAS REIT LLC | § | CASE NO. 24-10120-smr |
|    Debtor | § | |

### AGREED ORDER REGARDING WCW HOUSTON PROPERTIES, LLC'S MOTION TO ANNUL, OR IN THE ALTERNATIVE, MOTION TO LIFT THE AUTOMATIC STAY

Came on for consideration WCW Houston Properties, LLC's Motion to Annul, or in the Alternative, Motion to Lift the Automatic Stay (ECF No. 9). The Court finds that this agreed order should be entered regarding the motion. It is, therefore

ORDERED that the automatic stay shall remain in place save and except that the automatic stay is modified to allow Adv. Proc. No. 24-01039, transferred to this Court on August 2, 2024 by order of the United States Bankruptcy Court for the Southern District of Texas (Case No. 24-03136, ECF No. 9), to proceed in this Court.

###

AGREED

*/s/ Mark C. Taylor*
HOLLAND & KNIGHT LLP
Mark C. Taylor
State Bar No. 19713225
Mark.taylor@hklaw.com
100 Congress Ave., Suite 1800
Austin, Texas 78701
Telephone: 512/685-6400

SPECIAL COUNSEL TO THE DEBTOR


*/s/ Eric Terry*
Eric Terry
Texas Bar No. 00794729
Tom A. Howley
Texas Bar No. 24010115
HOWLEY LAW PLLC
Pennzoil Place – South Tower
711 Louisiana St., Suite 1850
Houston, Texas 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
Email: eric@howley-law.com

-and-

Kevin Powers
Texas Bar No. 24041715
BURFORD PERRY LLP
2 Houston Center
909 Fannin, Suite 2630
Houston, TX 77010
Telephone: 713-401-9790
Email : kpowers@burfordperry.com

*Counsel to WCW Houston Properties, LLC*