IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-10120-smr |
| TEXAS REIT LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |
| | § | |

### LIMITED OBJECTION TO MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES (ECF No. 216)

COMES NOW George M. Lee ("Lee") who files this Limited Objection (Lee's "Objection") to the Motion to Sell Real Property Free and Clear of Liens, Claims, Interests, and Encumbrances (8052-8090 Westheimer Road) (the "Motion to Sell")[1] filed by Debtor, Texas REIT, LLC (the "Debtor"), and in support thereof would respectfully show the Court as follows:

### I. Argument and Authorities

1. Lee reiterates as if quoted verbatim herein the factual allegations and legal support contained in his previously filed Limited Objection to Amended Motion to Sell Real Property Free and Clear of Liens, Claims, Interests, and Encumbrances.[2]

2. Lee files this Objection for the sole and limited purpose of requesting that, should the Court grant the Motion to sell, the Court enter an order requiring that all funds other than those for payment of tax liens or valid tax lien assignments be held in escrow, a trust account, or other secured account outside of the reach of the Debtor and/or Ali Choudhri ("Choudhri").

---

[1] ECF No. 164.
[2] ECF No. 187.

1

3. Lee further requests that said proceeds from the sale of the 8052-8090 Westheimer Road held in said escrow, a trust account, or other secured account not be used for the payment of any other alleged creditors of the Debtor, and that the Debtor and/or Choudhri be precluded from accessing such funds until a judicial determination is made as to the validity and priority of payment of such claims and/or interests, including but not limited to those contained in Lee's Adversary Matter.

**Prayer**

Therefore, for the forgoing reasons, Lee prays that this Court: (i) if the Court grants the Motion to Sell, Lee requests that the Court take the proceeds of any such sale and that said proceeds be held in escrow, a trust account, or any other secured account outside of the reach of the Debtor and/or Choudhri, and that the Debtor and/or Choudhri be precluded from accessing such funds until a judicial determination is made as to the validity and priority of payment of such claims and/or interests, including but not limited to those contained in Lee's Adversary Matter; and (ii) afford Lee any other relief to which he may be entitled to at law or in equity.

Respectfully submitted,

**SPONSEL MILLER GREENBERG PLLC**

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III (TBN: 24056361)
Zachary A. Clark (TBN: 24097502)
Allen Landon (TBN: 24091870)
50 Briar Hollow Lane, Suite 370 West
Houston, Texas 77027
(713) 892-5400 Telephone
(713) 892-5401 Facsimile
sponsel@smglawgroup.com
zachary.clark@smglawgroup.com
allen.landon@smglawgroup.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2024, I caused a copy of the forgoing document to be served by electronic transmission to all registered ECF user4s appearing in this case and to the parties listed on the attached creditor matrix via U.S. Mail.

                                                              ***/s/ Thane Tyler Sponsel III***
                                                              Thane Tyler Sponsel III

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 24-10120-smr<br>Western District of Texas<br>Austin<br>Mon Jul 15 14:02:56 CDT 2024 | Texas REIT, LLC<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 | United States Trustee (SMG111)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | AGAPE<br>6161 Savoy Drive Suite 500<br>Houston, TX 77036-3326 | Affordable Dumpster Rentals<br>6520 US Hwy 301 S Suite 112<br>Riverview, FL 33578-4324 |
| Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, TX 77002-5225 | Ali Choudhri<br>2425 West Loop St 11 FL<br>Houston TX 77027 | Caz Creek Holdings 2, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, St 850<br>Dallas, TX 75251 |
| Caz Creek Holdings 2, LLC as Custodian for<br>CCH TX2, LLC<br>14800 Landmark Blvd., Suite 400<br>Dallas, TX 75254-7598 | Caz Creek Lending<br>118 Vintage Park Blvd No. W<br>Houston, TX 77070-4095 | City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Clark Hill PC<br>500 Woodward Ave Suite 3500<br>Detroit, MI 48226-3485 | Competition Roofing, Inc.<br>7310 Fairview Street<br>Houston, TX 77041-2106 | Cypress BridgeCo, LLC and Magnolia BridgeCo<br>c/o McDowell Hetherington LLP<br>ATTN: Robert P. Debelak III<br>1001 Fannin St., Ste. 2400<br>Houston, TX 77002-6706 |
| Cypress BridgeCo, LLC and Magnolia BridgeCo,<br>c/o McDowell Hetherington LLP<br>ATTN: Matthew W. Bourda<br>1001 Fannin St., Ste. 2400<br>Houston, TX 77002-6706 | Dalio Holdings I, LLC<br>2425 West Loop South Suite 77027-4210 | Drew Dennett<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 |
| FGMS Holdings, LLC<br>12000 Network Blvd., Bldg. B Suite 210<br>San Antonio, TX 78249-3353 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2928<br>HOUSTON TX 77252-2928 | Harris County, et al<br>P.O. Box 2848<br>Houston, TX 77252-2848 |
| Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Houston ISD<br>P.O.Box 4668<br>Houston, TX 77210-4668 | Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| IPFS Corporation<br>30 Montgomery Street, Suite 501<br>Jersey City, NJ 07302-3821 | IPFS Corporation<br>PO Box 412086<br>Kansas City, MO 64141-2086 | JLM Law, PLLC<br>1001 West Loop South<br>Ste 700<br>Houston, TX 77027-9033 |
| Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 | John Quinlan<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | John Quinlan, Omar Khawaja, and Osama Abdull<br>c/oSteve Leyh Hoover Slovacek LLP<br>Galleria Tower 2, 5051 Westheimer, Ste 1<br>Houston, Texas 77056<br>Houston, TX 77056-5622 |

| | | |
|---|---|---|
| Mack Brooks, LLC as agent and<br>attorney in fact for FGMS Holdings, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, St 850<br>Dallas, TX 75251 | Mack Brooks, LLC as agent for<br>FGMS Holdings, LLC<br>12672 Silicon Drive, Suite 150<br>San Antonio, TX 78249-3450 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 |
| Nationwide Security<br>2425 W Loop S Ste.300<br>Houston, TX 77027-4207 | Offices of Drew Dennett<br>2450 Wickersham Ln<br>Suite 202<br>Austin, TX 78741-4744 | Omar Khawaja<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 |
| Osama Abdullatif<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | Steadfast 829 Holdings, Inc.<br>c/o Rodney Drinnon<br>McCathern<br>2000 West Loop South Suite 1850<br>Houston, TX 77027-3744 | US Insurance Funding<br>8303 SW Freeway Suite 435<br>Houston, TX 77074-1691 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | WCW HOUSTON PROPERTIES, LLC<br>Attn: Judith Chang - CFO<br>3657 Briarpark Drive, Ste. 188<br>Houston, TX 77042-5267 | WCW Houston Properties, LLC<br>Attn: Tami Kim  Broker Associate/Attorne<br>6100 Corporate Drive, Suite 319<br>Houston, TX 77036-3433 |
| WCW Houston Properties, LLC<br>Howley Law PLLC c/o Eric Terry<br>711 Louisiana Street, Ste 1850<br>Houston, TX 77002-2790 | WCW Houston Properties, LLC<br>c/o M. Kevin Powers<br>Burford Perry, LLP<br>909 Fannin, Suite 2630<br>Houston, Texas 77010-1003 | WCW Houston Properties, LLC<br>c/o Matthew Kevin Powers<br>Burford Perry<br>909 Fannin, Suite 2630<br>Houston, TX 77010-1003 |
| Wrinkle, Gardner & Company, PC<br>PO Box 1707<br>Friendswood, TX 77549-1707 | c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | Mark Curtis Taylor<br>Holland & Knight<br>100 Congress Ave<br>Suite 1800<br>Austin, TX 78701-4042 |
| Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Harris County Tax Assessor
Po Box 4622
Houston, TX 77210-4622

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)FGMS Holdings, LLC<br>12000 Network Blvd., Bldg. B Suite 210<br>San Antonio, TX 78249-3353 | (d)Harris County, et al.<br>P.O. Box 2848<br>Houston, TX 77252-2848 | **End of Label Matrix**<br>**Mailable recipients** 48<br>**Bypassed recipients** 2<br>**Total** 50 |