IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Case No. 24-10120-smr |
| Texas REIT, LLC | § | |
| | § | |
| Debtor | § | |

## AMENDED NOTICE OF DEPOSITION OMAR KHAWAJA

Notice is hereby given that Debtor Texas REIT, LLC (the "Debtor") will conduct the oral examination of **Omar Khawaja,** a deponent / witness represented by and through his attorney Steven A. Leyh, Hoover Slovacek, LLP, 5051 Westheimer, Suite 1200, Houston, Texas 77056 to be deposed by remote means starting on September 11, 2024 at 9:00 a.m. CST. The examination will be recorded by stenographic means. Such examination will continue from day to day until completed.

The contested matter for which this deposition is being noticed is Debtor's Objection to Claim of John Quinlan, Omar Khawaja and Osama Abdulatif (ECF No. 165).

Date: September 4, 2024

        */s/ Stephen W. Sather*
        BARRON & NEWBURGER, P.C.
        Stephen W. Sather (Texas Bar No. 17657520)
        7320 N. Mopac Expy, Suite 400
        Austin, Texas 78731
        (512) 476-9103
        (512) 476-9253 Facsimile
        *Counsel for Debtor Texas REIT, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 4, 2024, I am causing a copy of the foregoing Notice was served upon the following by depositing copies of same in the United States first class mail, postage prepared to the parties on the attached list and addressed as follows, and by electronic mail to ballases@hooverslovacek.com.

                                         */s/ Stephen W. Sather*
                                         Stephen W. Sather (Texas Bar No. 17657520)
                                         BARRON & NEWBURGER, P.C.

```
Label Matrix for local noticing          Texas REIT, LLC                              U.S. BANKRUPTCY COURT
0542-1                                   2450 Wickersham Lane, Suite 202              903 SAN JACINTO, SUITE 322
Case 24-10120-smr                        Austin, TX 78741-4744                        AUSTIN, TX 78701-2450
Western District of Texas
Austin
Mon Apr  1 08:59:44 CDT 2024

AGAPE                                    Affordable Dumpster Rentals                  Akin Gump Strauss Hauer & Feld LLP
6161 Savoy Drive Suite 500               6520 US Hwy 301 S Suite 112                  1111 Louisiana Street, 44th Floor
Houston, TX 77036-3326                   Riverview, FL 33578-4324                     Houston, TX 77002-5225


Caz Creek Lending                        City of Houston                              Clark Hill PC
118 Vintage Park Blvd No. W              c/o Tara L. Grundemeier                      500 Woodward Ave Suite 3500
Houston, TX 77070-4095                   Linebarger Goggan Blair & Sampson LLP        Detroit, MI 48226-3485
                                         PO Box 3064
                                         Houston, TX 77253-3064

Competition Roofing, Inc.                Cypress BridgeCo, LLC  and Magnolia BridgeCo Cypress BridgeCo, LLC and Magnolia BridgeCo,
7310 Fairview Street                     c/o McDowell Hetherington LLP                c/o McDowell Hetherington LLP
Houston, TX 77041-2106                   ATTN: Robert P. Debelak III                  ATTN: Matthew W. Bourda
                                         1001 Fannin St., Ste. 2400                   1001 Fannin St., Ste. 2400
                                         Houston, TX 77002-6706                       Houston, TX 77002-6706

Dalio Holdings I, LLC                    Drew Dennett                                 (p)OVATION SERVICES
2425 West Loop South Suite 77027-4210    2450 Wickersham Lane, Suite 202              ATTN BANKRUPTCY DEPT
                                         Austin, TX 78741-4744                        1114 LOST CREEK BLVD
                                                                                      SUITE 125
                                                                                      AUSTIN TX 78746-6175

Harris County Tax Assessor               Houston Community College System             Houston ISD
Po Box 4622                              c/o Tara L. Grundemeier                      P.O.Box 4668
Houston, TX 77210-4622                   Linebarger Goggan Blair & Sampson LLP        Houston, TX 77210-4668
                                         PO Box 3064
                                         Houston, TX 77253-3064

Houston ISD                              IPFS Corporation                             Jetall Companies, Inc.
c/o Tara L. Grundemeier                  PO Box 412086                                2425 West Loop South Suite 1100
Linebarger Goggan Blair & Sampson LLP    Kansas City, MO 64141-2086                   Houston, TX 77027-4210
PO Box 3064
Houston, TX 77253-3064

John Quinlan                             Mark C. Taylor, Special Litigation Counsel   Nationwide Security
c/o Steven A. Leyh                       Holland & Knight LLP                         2425 W Loop S Ste.300
Hoover Slovacek, LLP                     100 Congress Avenue, Suite 1800              Houston, TX 77027-4207
5051 Westheimer, Suite 1200              Austin, Texas 78701-4042
Houston, Texas 77056-5839

Omar Khawaja                             Osama Abdullatif                             Steadfast 829 Holdings, Inc.
c/o Steven A. Leyh                       c/o Steven A. Leyh                           c/o Rodney Drinnon
Hoover Slovacek, LLP                     Hoover Slovacek, LLP                         McCathern
5051 Westheimer, Suite 1200              5051 Westheimer, Suite 1200                  2000 West Loop South Suite 1850
Houston, Texas 77056-5839                Houston, Texas 77056-5839                    Houston, TX 77027-3744

US Insurance Funding                     United States Trustee - AU12                 WCW Houston Properties, LLC
8303 SW Freeway Suite 435                United States Trustee                        Attn: Tami Kim  Broker Associate/Attorne
Houston, TX 77074-1691                   903 San Jacinto Blvd, Suite 230              6100 Corporate Drive, Suite 319
                                         Austin, TX 78701-2450                        Houston, TX 77036-3433
```

```
WCW Houston Properties, LLC              Wrinkle, Gardner & Company, PC        c/o Steven A. Leyh
c/o Matthew Kevin Powers                 PO Box 1707                           Hoover Slovacek, LLP
Burford Perry                            Friendswood, TX 77549-1707            5051 Westheimer, Suite 1200
909 Fannin, Suite 2630                                                         Houston, Texas 77056-5839
Houston, TX 77010-1003


Stephen W. Sather
Barron & Newburger, PC
7320 N MoPac Expy, Suite 400
Austin, TX 78731-2347
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
FGMS Holdings, LLC                       (d)FGMS Holdings, LLC                 End of Label Matrix
12000 Network Blvd., Bldg. B Suite 210   12000 Network Blvd., Bldg. B Suite 210 Mailable recipients    33
San Antonio, TX 78249                    San Antonio, TX 78249                  Bypassed recipients     0
                                                                                Total                  33
```