## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § § § | Chapter 11 |
| | § | Case No. 24-10120-smr |
| TEXAS REIT, LLC | § § | |
| Debtor | § § | |

## DEBTOR'S MOTION FOR CONTINUANCE OF HEARING ON MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS (8052-8090 WESTHEIMER ROAD)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Texas REIT, LLC, Debtor herein, and files this Motion for Continuance of Hearing on Motion to Sell Real Property Free and Clear of Liens (8052-809 Westheimer), and in support thereof would show the following:

1. Debtor filed its Motion to Sell Real Property Free and Clear of Liens (8052-8090 Westheimer).

2. WCW Houston Properties, George Lee and two assignees of tax liens filed objections.

3. This motion involves the strip center owned by the Debtor. The Debtor has previously sought approval to sell the former Walgreen's location.

4. The two tracts are subject to a Reciprocal Easement Agreement. The purchaser on the former Walgreen's location has requested revisions to the REA. As Debtor has gotten deeper into the transaction, it has become clear that the Debtor will need to negotiate the revised REA with both parties in order to close either transaction.

5. Debtor is not prepared to go forward on the sale of 8052-809 Westheimer but believes it can get there with additional time. As a result, Debtor requests that the hearing presently scheduled for September 12, 2024 be continued.

6. Certificate of Conference. On September 9, 2024, I conferred with Eric Terry, Ty Sponsel and Howard Spector, the three objecting parties. Mr. Terry stated that he did not oppose a continuance. I did not hear from the other counsel.

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(866) 476-9103

/s/ Stephen Sather
Stephen Sather
State Bar No 17657520
**ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing Motion was served by first class mail, postage prepaid and properly addressed, on September 9, 2024 to all parties listed on the attached Service List, to the persons listed below by email and electronically by the Court's ECF system to all parties registered to receive such service.

*/s/ Stephen Sather*
Stephen Sather

```
Label Matrix for local noticing          Texas REIT, LLC                              U.S. BANKRUPTCY COURT
0542-1                                   2450 Wickersham Lane, Suite 202              903 SAN JACINTO, SUITE 322
Case 24-10120-smr                        Austin, TX 78741-4744                        AUSTIN, TX 78701-2450
Western District of Texas
Austin
Mon Apr  1 08:59:44 CDT 2024

AGAPE                                    Affordable Dumpster Rentals                  Akin Gump Strauss Hauer & Feld LLP
6161 Savoy Drive Suite 500               6520 US Hwy 301 S Suite 112                  1111 Louisiana Street, 44th Floor
Houston, TX 77036-3326                   Riverview, FL 33578-4324                     Houston, TX 77002-5225


Caz Creek Lending                        City of Houston                              Clark Hill PC
118 Vintage Park Blvd No. W              c/o Tara L. Grundemeier                      500 Woodward Ave Suite 3500
Houston, TX 77070-4095                   Linebarger Goggan Blair & Sampson LLP        Detroit, MI 48226-3485
                                         PO Box 3064
                                         Houston, TX 77253-3064


Competition Roofing, Inc.                Cypress BridgeCo, LLC  and Magnolia BridgeCo  Cypress BridgeCo, LLC and Magnolia BridgeCo,
7310 Fairview Street                     c/o McDowell Hetherington LLP                c/o McDowell Hetherington LLP
Houston, TX 77041-2106                   ATTN: Robert P. Debelak III                  ATTN: Matthew W. Bourda
                                         1001 Fannin St., Ste. 2400                   1001 Fannin St., Ste. 2400
                                         Houston, TX 77002-6706                       Houston, TX 77002-6706


Dalio Holdings I, LLC                    Drew Dennett                                 (p)OVATION SERVICES
2425 West Loop South Suite 77027-4210    2450 Wickersham Lane, Suite 202              ATTN BANKRUPTCY DEPT
                                         Austin, TX 78741-4744                        1114 LOST CREEK BLVD
                                                                                      SUITE 125
                                                                                      AUSTIN TX 78746-6175


Harris County Tax Assessor               Houston Community College System             Houston ISD
Po Box 4622                              c/o Tara L. Grundemeier                      P.O.Box 4668
Houston, TX 77210-4622                   Linebarger Goggan Blair & Sampson LLP        Houston, TX 77210-4668
                                         PO Box 3064
                                         Houston, TX 77253-3064


Houston ISD                              IPFS Corporation                             Jetall Companies, Inc.
c/o Tara L. Grundemeier                  PO Box 412086                                2425 West Loop South Suite 1100
Linebarger Goggan Blair & Sampson LLP    Kansas City, MO 64141-2086                   Houston, TX 77027-4210
PO Box 3064
Houston, TX 77253-3064


John Quinlan                             Mark C. Taylor, Special Litigation Counsel   Nationwide Security
c/o Steven A. Leyh                       Holland & Knight LLP                         2425 W Loop S Ste.300
Hoover Slovacek, LLP                     100 Congress Avenue, Suite 1800              Houston, TX 77027-4207
5051 Westheimer, Suite 1200              Austin, Texas 78701-4042
Houston, Texas 77056-5839


Omar Khawaja                             Osama Abdullatif                             Steadfast 829 Holdings, Inc.
c/o Steven A. Leyh                       c/o Steven A. Leyh                           c/o Rodney Drinnon
Hoover Slovacek, LLP                     Hoover Slovacek, LLP                         McCathern
5051 Westheimer, Suite 1200              5051 Westheimer, Suite 1200                  2000 West Loop South Suite 1850
Houston, Texas 77056-5839                Houston, Texas 77056-5839                    Houston, TX 77027-3744


US Insurance Funding                     United States Trustee - AU12                 WCW Houston Properties, LLC
8303 SW Freeway Suite 435                United States Trustee                        Attn: Tami Kim  Broker Associate/Attorne
Houston, TX 77074-1691                   903 San Jacinto Blvd, Suite 230              6100 Corporate Drive, Suite 319
                                         Austin, TX 78701-2450                        Houston, TX 77036-3433
```

| | | |
|---|---|---|
| WCW Houston Properties, LLC<br>c/o Matthew Kevin Powers<br>Burford Perry<br>909 Fannin, Suite 2630<br>Houston, TX 77010-1003 | Wrinkle, Gardner & Company, PC<br>PO Box 1707<br>Friendswood, TX 77549-1707 | c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 |
| Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FGMS Holdings, LLC<br>12000 Network Blvd., Bldg. B Suite 210<br>San Antonio, TX 78249 | (d)FGMS Holdings, LLC<br>12000 Network Blvd., Bldg. B Suite 210<br>San Antonio, TX 78249 | End of Label Matrix<br>Mailable recipients    33<br>Bypassed recipients     0<br>Total                  33 |