**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|                  |   |                       |
|------------------|---|-----------------------|
|                  | § |                       |
|                  | § |                       |
| In re:           | § | Chapter 11            |
|                  | § | Case No. 24-10120-smr |
| Texas REIT, LLC. | § |                       |
|                  | § |                       |
| Debtor           | § |                       |

## <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that a hearing on Debtor's Motion to Sell Real Property Free and Clear of Liens (8052-8090 Westheimer) [Doc. No. 216] will be conducted on **10/07/2024 at 01:30 p.m. (Central)** before the **HONORABLE SHAD M. ROBINSON**, United States Bankruptcy Judge for the United States Bankruptcy Court for the Western District of Texas, Austin Division via Zoom: https://www.zoomgov.com/my/robinson or Call 669-254-5252 Meeting ID: 161 0862 5245.

Dated: September 10, 2024

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(866) 476-9103

/s/ Stephen Sather
Stephen Sather
State Bar No 17657520
**ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was served by first class mail, postage prepaid and properly addressed, on September 10, 2024, to all parties listed on the attached Service List, to the persons listed below by email and electronically by the Court's ECF system to all parties registered to receive such service.


*/s/ Stephen Sather*
Stephen Sather

Label Matrix for local noticing
0542-1
Case 24-10120-smr
Western District of Texas
Austin
Mon Apr  1 08:59:44 CDT 2024

Texas REIT, LLC
2450 Wickersham Lane, Suite 202
Austin, TX 78741-4744

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

AGAPE
6161 Savoy Drive Suite 500
Houston, TX 77036-3326

Affordable Dumpster Rentals
6520 US Hwy 301 S Suite 112
Riverview, FL 33578-4324

Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002-5225

Caz Creek Lending
118 Vintage Park Blvd No. W
Houston, TX 77070-4095

City of Houston
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Clark Hill PC
500 Woodward Ave Suite 3500
Detroit, MI 48226-3485

Competition Roofing, Inc.
7310 Fairview Street
Houston, TX 77041-2106

Cypress BridgeCo, LLC  and Magnolia BridgeCo
c/o McDowell Hetherington LLP
ATTN: Robert P. Debelak III
1001 Fannin St., Ste. 2400
Houston, TX 77002-6706

Cypress BridgeCo, LLC and Magnolia BridgeCo,
c/o McDowell Hetherington LLP
ATTN: Matthew W. Bourda
1001 Fannin St., Ste. 2400
Houston, TX 77002-6706

Dalio Holdings I, LLC
2425 West Loop South Suite 77027-4210

Drew Dennett
2450 Wickersham Lane, Suite 202
Austin, TX 78741-4744

(p)OVATION SERVICES
ATTN BANKRUPTCY DEPT
1114 LOST CREEK BLVD
SUITE 125
AUSTIN TX 78746-6175

Harris County Tax Assessor
Po Box 4622
Houston, TX 77210-4622

Houston Community College System
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Houston ISD
P.O.Box 4668
Houston, TX 77210-4668

Houston ISD
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

IPFS Corporation
PO Box 412086
Kansas City, MO 64141-2086

Jetall Companies, Inc.
2425 West Loop South Suite 1100
Houston, TX 77027-4210

John Quinlan
c/o Steven A. Leyh
Hoover Slovacek, LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056-5839

Mark C. Taylor, Special Litigation Counsel
Holland & Knight LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701-4042

Nationwide Security
2425 W Loop S Ste.300
Houston, TX 77027-4207

Omar Khawaja
c/o Steven A. Leyh
Hoover Slovacek, LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056-5839

Osama Abdullatif
c/o Steven A. Leyh
Hoover Slovacek, LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056-5839

Steadfast 829 Holdings, Inc.
c/o Rodney Drinnon
McCathern
2000 West Loop South Suite 1850
Houston, TX 77027-3744

US Insurance Funding
8303 SW Freeway Suite 435
Houston, TX 77074-1691

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

WCW Houston Properties, LLC
Attn: Tami Kim  Broker Associate/Attorne
6100 Corporate Drive, Suite 319
Houston, TX 77036-3433

```
WCW Houston Properties, LLC          Wrinkle, Gardner & Company, PC       c/o Steven A. Leyh
c/o Matthew Kevin Powers             PO Box 1707                         Hoover Slovacek, LLP
Burford Perry                        Friendswood, TX 77549-1707          5051 Westheimer, Suite 1200
909 Fannin, Suite 2630                                                   Houston, Texas 77056-5839
Houston, TX 77010-1003


Stephen W. Sather
Barron & Newburger, PC
7320 N MoPac Expy, Suite 400
Austin, TX 78731-2347
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
FGMS Holdings, LLC                   (d)FGMS Holdings, LLC               End of Label Matrix
12000 Network Blvd., Bldg. B Suite 210   12000 Network Blvd., Bldg. B Suite 210   Mailable recipients    33
San Antonio, TX 78249                San Antonio, TX 78249              Bypassed recipients     0
                                                                        Total                  33
```