IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 24-10120-smr |
| TEXAS REIT, LLC | § § | |
| Debtor. | § § | CHAPTER 11 |
| | § | |

**OBJECTION TO AMENDED CROSS-NOTICES OF DEPOSITION**

TO THE HONORABLE UNITED STATES BANKRUPCTY JUDGE:

COMES NOW, John Quinlan, Omar Khawaja, and Osama Abdullatif ("Claimants") and file this Objection to Cross-Notices of Deposition and shows as follows:

1. The depositions of Claimants were noticed for September 11, 2024 by agreement between Claimants' counsel and Debtor's counsel.

2. On September 9, 2024, Ali Choudhri filed Amended Cross-Notices of Claimants' Depositions. The Amended Cross-Notices of Deposition of Claimants are a nullily. Ali Choudhri is neither a party to this dispute nor an attorney.

3. The depositions on September 11, 2024 are not a Creditor's Meeting. Ali Choudhri has no standing and will not be allowed to interrogate the witnesses.

Dated: September 10, 2024

                                                  Respectfully submitted,

                                                  **HOOVER SLOVACEK, LLP**

                                                  By: */s/ Steven A. Leyh*
                                                       Steven A. Leyh
                                                       State Bar No. 12318300
                                                       leyh@hooverslovacek.com
                                                       T. Michael Ballases
                                                       State Bar NO. 24036179
                                                       ballases@hooverslovacek.com

        Brice B. Beale
        State Bar No. 24031855
        beale@hooverslovacek.com
        Galleria Tower II
        5051 Westheimer, Suite 1200
        Houston, Texas 77056
        Telephone: (713) 977-8686
        Facsimile: (713) 977-5395

        **ATTORNEYS FOR JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection to Cross-Notices of Deposition was served upon the parties listed on Debtor's Mailing Matrix by United States Mail, First Class, Postage Prepaid, and/or by Electronic means for all Pacer system participants on September 10, 2024.

    Stephen W. Sather
    Barron & Newburger, PC
    7320 N. MoPac Expy, Suite 400
    Austin, Texas 78731
    Email: ssather@bn-lawyers.com
    **Attorney for Texas Reit, LLC**

        */s/ Steven A. Leyh*
        Steven A. Leyh

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 24-10120-smr<br>Western District of Texas<br>Austin<br>Tue Sep 10 15:59:37 CDT 2024 | Texas REIT, LLC<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| AGAPE<br>6161 Savoy Drive Suite 500<br>Houston, TX 77036-3326 | Affordable Dumpster Rentals<br>6520 US Hwy 301 S Suite 112<br>Riverview, FL 33578-4324 | Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, TX 77002-5225 |
| Ali Choudhri<br>2425 West Loop St 11 FL<br>Houston TX 77027 | Amina Properties, L.L.C.<br>c/o T. Josh Judd<br>Andrews Myers, P.C.<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4175 | Caz Creek Holdings 2, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, St 850<br>Dallas, TX 75251 |
| Caz Creek Holdings 2, LLC as Custodian for<br>CCH TX2, LLC<br>14800 Landmark Blvd., Suite 400<br>Dallas, TX 75254-7598 | Caz Creek Lending<br>118 Vintage Park Blvd No. W<br>Houston, TX 77070-4095 | City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Clark Hill PC<br>500 Woodward Ave Suite 3500<br>Detroit, MI 48226-3485 | Competition Roofing, Inc.<br>7310 Fairview Street<br>Houston, TX 77041-2106 | Cypress BridgeCo, LLC and Magnolia BridgeC<br>c/o McDowell Hetherington LLP<br>ATTN: Robert P. Debelak III<br>1001 Fannin St., Ste. 2400<br>Houston, TX 77002-6706 |
| Cypress BridgeCo, LLC and Magnolia BridgeCo,<br>c/o McDowell Hetherington LLP<br>ATTN: Matthew W. Bourda<br>1001 Fannin St., Ste. 2400<br>Houston, TX 77002-6706 | Dalio Holdings I, LLC<br>2425 West Loop South Suite 77027-4210 | Drew Dennett<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 |
| FGMS Holdings, LLC<br>12000 Network Blvd., Bldg. B Suite 210<br>San Antonio, TX 78249-3353 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2928<br>HOUSTON TX 77252-2928 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>P.O.Box 4668<br>Houston, TX 77210-4668 | Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | IPFS Corporation<br>30 Montgomery Street, Suite 501<br>Jersey City, NJ 07302-3821 |
| IPFS Corporation<br>PO Box 412086<br>Kansas City, MO 64141-2086 | JLM Law, PLLC<br>1001 West Loop South<br>Ste 700<br>Houston, TX 77027-9033 | Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 |
| John Quinlan<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | John Quinlan, Omar Khawaja, and Osama Abdull<br>c/o Steve Leyh Hoover Slovacek LLP<br>Galleria Tower 2, 5051 Westheimer, Ste 1<br>Houston, Texas 77056<br>Houston, TX 77056-5622 | Mack Brooks, LLC as agent and<br>attorney in fact for FGMS Holdings, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, St 850<br>Dallas, TX 75251 |

| | | |
|---|---|---|
| Black Brooks, LLC as agent for<br>FGMS Holdings, LLC<br>12672 Silicon Drive, Suite 150<br>San Antonio, TX 78249-3450 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 | Nationwide Security<br>2425 W Loop S Ste.300<br>Houston, TX 77027-4207 |
| Offices of Drew Dennett<br>2450 Wickersham Ln<br>Suite 202<br>Austin, TX 78741-4744 | Omar Khawaja<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | Osama Abdullatif<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 |
| Steadfast 829 Holdings, Inc.<br>c/o Rodney Drinnon<br>McCathern<br>2000 West Loop South Suite 1850<br>Houston, TX 77027-3744 | US Insurance Funding<br>8303 SW Freeway Suite 435<br>Houston, TX 77074-1691 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| WCW HOUSTON PROPERTIES, LLC<br>Attn: Judith Chang - CFO<br>3657 Briarpark Drive, Ste. 188<br>Houston, TX 77042-5267 | WCW Houston Properties, LLC<br>Attn: Tami Kim Broker Associate/Attorne<br>6100 Corporate Drive, Suite 319<br>Houston, TX 77036-3433 | WCW Houston Properties, LLC<br>Howley Law PLLC c/o Eric Terry<br>711 Louisiana Street, Ste 1850<br>Houston, TX 77002-2790 |
| WCW Houston Properties, LLC<br>c/o M. Kevin Powers<br>Burford Perry, LLP<br>909 Fannin, Suite 2630<br>Houston, Texas 77010-1003 | WCW Houston Properties, LLC<br>c/o Matthew Kevin Powers<br>Burford Perry<br>909 Fannin, Suite 2630<br>Houston, TX 77010-1003 | Wrinkle, Gardner & Company, PC<br>PO Box 1707<br>Friendswood, TX 77549-1707 |
| c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | Mark Curtis Taylor<br>Holland & Knight<br>100 Congress Ave<br>Suite 1800<br>Austin, TX 78701-4042 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Harris County Tax Assessor<br>PO Box 4622<br>Houston, TX 77210-4622 | (d)Harris County, et al<br>P.O. Box 2848<br>Houston, TX 77252 | (d)Harris County, et al.<br>P.O. Box 2848<br>Houston, TX 77252 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)FGMS Holdings, LLC<br>12000 Network Blvd., Bldg. B Suite 210<br>San Antonio, TX 78249-3353 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     1<br>Total                  48 |