IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | CASE NO. 24-10120-smr | |
| TEXAS REIT, LLC § | | |
| § | | |
| Debtor. § | CHAPTER 11 | |
| § | | |

## AMENDED CERTIFICATE OF SERVICE

**SERVICE LIST:**

| | | |
|---|---|---|
| AGAPE<br>6161 Savoy Drive, Suite 500<br>Houston, Texas 77036-3326 | Affordable Dumpster Rentals<br>6520 US Hwy. 301 S., Suite 112<br>Riverview, Florida 33578-4324 | Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, Texas 77002-5225 |
| Caz Creek Lending<br>118 Vintage Park Blvd. No. W<br>Houston, Texas 77070-4095 | City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Texas 77253-3064 | Clark Hill PC<br>500 Woodward Avenue, Suite 3500<br>Detroit, Michigan 48226-3485 |
| Competition Roofing, Inc.<br>7310 Fairview Street<br>Houston, Texas 77041-2106 | Cypress Bridge Co., LLC and Magnolia Bridge Co.<br>c/o McDowell Hetherington LLP<br>Attention: Robert P. Debelak, III<br>1001 Fannin Street, Suite 2400<br>Houston, Texas 77002-6706 | Cypress Bridge Co., LLC and Magnolia Bridge Co.<br>c/o McDowell Hetherington LLP<br>Attention: Matthew W. Bourda<br>1001 Fannin Street, Suite 2400<br>Houston, Texas 77002-6706 |
| Dalio Holdings I, LLC<br>2425 West Loop South<br>Houston, Texas 77027-4210 | Drew Dennett<br>2450 Wickersham Lane, Ste. 202<br>Austin, Texas 78741-4744 | (P) Ovation Services<br>Attention: Bankruptcy Department<br>1114 Lost Creek Blvd., Suite 125<br>Austin, Texas 78746-6175 |
| Harris County Tax Assessor<br>P. O. Box 4622<br>Houston, Texas 77210-4622 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Texas 77253-3064 | Houston ISD<br>P. O. Box 4668<br>Houston, Texas 77210-4668 |
| Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP | IPFS Corporation<br>P. O. Box 412086<br>Kansas City, MO 64141-2086 | Jetall Companies, Inc.<br>2425 West Loop South, Suite 1100<br>Houston, Texas 77027-4210 |

1

P.O. Box 3064
Houston, Texas 77253-3064

| | | |
|---|---|---|
| John Quinlan<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight, LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 | Nationwide Security<br>2425 West Loop South, Suite 300<br>Houston, Texas 77027-4207 |
| Omar Khawaja<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | Osama Abdullatif<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | Steadfast 829 Holdings, Inc.<br>c/o Rodney Drinnon<br>McCathern<br>2000 West Loop South, Suite 1850<br>Houston, Texas 77027-3744 |
| US Insurance Funding<br>8303 SW Freeway, Suite 435<br>Houston, Texas 77074-1691 | United States Trustee – AU12<br>United States Trustee<br>903 San Jacinto Blvd., Suite 230<br>Austin, Texas 78701-2450 | WCW Houston Properties, LLC<br>Attention: Tami Kim Broker<br>Associate/Attorney<br>6100 Corporate Drive, Suite 319<br>Houston, Texas 77036-3433 |
| WCW Houston Properties, LLC<br>c/o Matthew Kevin Powers<br>Burford Perry<br>909 Fannin, Suite 2630<br>Houston, Texas 77010-1003 | Wrinkle, Gardner & Company, PC<br>P. O. Box 1707<br>Friendswood, Texas 77549-1707 | c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 |

Stephen W. Sather
Barron & Newburger, PC
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731-2347

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

| | |
|---|---|
| FGMS Holdings, LLC<br>1200 Network Blvd., Bldg. B, Suite 210<br>San Antonio, Texas 78249 | (d) FGMS Holdings, LLC<br>1200 Network Blvd., Bldg. B, Suite 210<br>San Antonio, Texas 78249 |

Respectfully submitted,

**SHACKELFORD, MCKINLEY & NORTON, LLP**

By: *Joseph F. Colvin, Jr.*
**Lori A. Hood** (*Admission Pending*)
State Bar No. 09943430
**Joseph F. Colvin, Jr.**
State Bar No. 24072777
717 Texas Avenue | 27th Floor
Houston, Texas 77002
Phone: (832) 415-1771
Fax: (832) 565-9030
jcolvin@shackelford.law
lhood@shackelford.law

**ATTORNEYS FOR DALIO HOLDINGS I, LLC AND DALIO HOLDINGS II, LLC**

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Objection was served on October 22, 2024, to all parties listed on the attached Service List.

*/s/ Joseph F. Colvin, Jr.*

**SERVICE LIST:**

| AGAPE<br>6161 Savoy Drive, Suite 500<br>Houston, Texas 77036-3326 | Affordable Dumpster Rentals<br>6520 US Hwy. 301 S., Suite 112<br>Riverview, Florida 33578-4324 | Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, Texas 77002-5225 |
|---|---|---|

Caz Creek Lending
118 Vintage Park Blvd. No. W
Houston, Texas 77070-4095

City of Houston
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Texas 77253-3064

Clark Hill PC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3485

Competition Roofing, Inc.
7310 Fairview Street
Houston, Texas 77041-2106

Cypress Bridge Co., LLC and Magnolia Bridge Co.
c/o McDowell Hetherington LLP
Attention: Robert P. Debelak, III
1001 Fannin Street, Suite 2400
Houston, Texas 77002-6706

Cypress Bridge Co., LLC and Magnolia Bridge Co.
c/o McDowell Hetherington LLP
Attention: Matthew W. Bourda
1001 Fannin Street, Suite 2400
Houston, Texas 77002-6706

Dalio Holdings I, LLC
2425 West Loop South
Houston, Texas 77027-4210

Drew Dennett
2450 Wickersham Lane, Ste. 202
Austin, Texas 78741-4744

(P) Ovation Services
Attention: Bankruptcy Department
1114 Lost Creek Blvd., Suite 125

3

Austin, Texas 78746-6175

Harris County Tax Assessor
P. O. Box 4622
Houston, Texas 77210-4622

Houston Community College System
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Texas 77253-3064

Houston ISD
P. O. Box 4668
Houston, Texas 77210-4668

Houston ISD
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Texas 77253-3064

IPFS Corporation
P. O. Box 412086
Kansas City, MO 64141-2086

Jetall Companies, Inc.
2425 West Loop South, Suite 1100
Houston, Texas 77027-4210

John Quinlan
c/o Steven A. Leyh
Hoover Slovacek, LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056-5839

Mark C. Taylor, Special Litigation Counsel
Holland & Knight, LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701-4042

Nationwide Security
2425 West Loop South, Suite 300
Houston, Texas 77027-4207

Omar Khawaja
c/o Steven A. Leyh
Hoover Slovacek, LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056-5839

Osama Abdullatif
c/o Steven A. Leyh
Hoover Slovacek, LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056-5839

Steadfast 829 Holdings, Inc.
c/o Rodney Drinnon
McCathern
2000 West Loop South, Suite 1850
Houston, Texas 77027-3744

US Insurance Funding
8303 SW Freeway, Suite 435
Houston, Texas 77074-1691

United States Trustee – AU12
United States Trustee
903 San Jacinto Blvd., Suite 230
Austin, Texas 78701-2450

WCW Houston Properties, LLC
Attention: Tami Kim Broker
Associate/Attorney
6100 Corporate Drive, Suite 319
Houston, Texas 77036-3433

WCW Houston Properties, LLC
c/o Matthew Kevin Powers
Burford Perry
909 Fannin, Suite 2630
Houston, Texas 77010-1003

Wrinkle, Gardner & Company, PC
P. O. Box 1707
Friendswood, Texas 77549-1707

c/o Steven A. Leyh
Hoover Slovacek, LLP
5051 Westheimer, Suite 1200
Houston, Texas 77056-5839

Stephen W. Sather
Barron & Newburger, PC
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731-2347

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

FGMS Holdings, LLC  
1200 Network Blvd., Bldg. B, Suite 210  
San Antonio, Texas 78249

(d) FGMS Holdings, LLC  
1200 Network Blvd., Bldg. B, Suite 210  
San Antonio, Texas 78249