**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 24-10120-smr** |
| **TEXAS REIT, LLC** | § | |
| | § | |
| Debtor. | § | **CHAPTER 11** |
| | § | |
| | § | |

**AMENDED CREDITOR'S OBJECTION TO CLAIM OF JOHN QUINLAN,**
**OMAR KHAWAJA AND OSAMA ABDULATIF**
**(Claim No. 9-1)**

**This is an objection to your claim in this bankruptcy case. This objection asks the Court to disallow (eliminate), reduce, or modify your claim as set forth in this objection. If you do not file a written response to this objection within 30 days from the date of mailing of this objection, the Court may disallow (eliminate), reduce, or modify your claim as set forth in this objection, without a hearing being held.**

**Any response to this objection must explain your position and be timely filed with the United States Bankruptcy Clerk, Western District of Texas, mailing address of applicable Clerk's office. If a timely response is filed, the Court will then set a hearing on the objection, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the objection to your claim.**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COME NOW Dalio Holdings I, LLC and Dalio Holdings II, LLC and file this Objection to Claim of John Quinlan, Omar Khawaja and Osama Abdulatif and would show as follows:

1.  John Quinlan, Omar Khawaja, and Osama Abdulatif have filed what they claim to be a secured claim in the amount of $4,847,894.68.

2.  The claim is based upon three judgments, NONE of which were against the Debtor as follows:

    a.  Jetall Companies, Inc. v. Richard Heil, Todd Oakum and Renee Davy— attorneys' fees awarded in favor of Defendants;

b.      Jetall Companies, Inc. v. Hoover Slovacek, LLP—attorneys' fees and sanctions awarded in favor of Defendant;

c.      Osama Abdulatif and Abdulatif & Company, LLC v. Ali Choudhri and Houston Real Estate Properties, LLC—judgment in favor of Plaintiff against Defendants. The Defendants in this case filed a supersedes bond staying collection while the case is on appeal.

3.      Claimants admit in their proof of claim, that they have filed lis pendens on property that this Debtor does not own. Somehow, the Claimants think it acceptable not only to file a meritless proof of claim in a chapter proceeding but to file lis pendens on real property having no relation to the judgment debtor.

4.      The Claimants in this case filed an Adversary Proceeding in the Bankruptcy Court for the Southern District of Texas in which they alleged that Magnolia BridgeCo, LLC, Jetall Companies, Inc., Arabella PH 3201, LLC, 9201 Memorial Dr., LLC, 2727 Kirby 26L, LLC, Texas REIT, LLC, Dalio Holdings I, LLC, Dalio Holdings II, LC, Houston Real Estate Properties, LLC, Shahnaz Choudhri (the MOTHER of Ali Choudhri), Ali Choudhri, Shepherd-Huldy Development I, LLC, Shepherd-Huldy Development II, LLC and Galleria Loop Note Holder, LLC were alter egos of each other. In such adversary proceeding, Messrs. Quinlan and Khawaja claim to be the assignees of the judgments in favor of Richard Heil, et al and Hoover Slovacek, LLP.

5.       Just like this case, the Claimants had no basis to file the Adversary Proceeding in the Southern District. The Debtor in the Southern District is not a judgment debtor in these state court proceedings and the Bankruptcy Court does not have subject matter jurisdiction over the state court claims.

6.      By filing their proof of claim in this case, the Claimants have frustrated the rights of the Creditors and wrongfully filed lis pendens without any encumbrance claims or real property

2

claims that are required for filing of lis pendens. Claimants have shown their clear motivation to frustrate the bankruptcy process.

      7. The Claimants should be sanctioned for bad faith and the filing of the false proof of claim.

WHEREFORE, Creditors, Dalio Holdings I, LLC and Dalio Holdings II, LLC, pray that Claimants be ordered to provide evidence to support the veracity of the Proof of Claim they filed under penalty of perjury and, if appropriate, that sanctions be awarded.

Respectfully submitted,

**SHACKELFORD, MCKINLEY & NORTON, LLP**

By: *Joseph F. Colvin, Jr.*
    **Lori A. Hood** (*Admission Pending*)
    State Bar No. 09943430
    **Joseph F. Colvin, Jr.**
    State Bar No. 24072777
    717 Texas Avenue | 27th Floor
    Houston, Texas 77002
    Phone: (832) 415-1771
    Fax: (832) 565-9030
    jcolvin@shackelford.law
    lhood@shackelford.law

**ATTORNEYS FOR DALIO HOLDINGS I, LLC
AND DALIO HOLDINGS II, LLC**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document has been served upon all registered ECF users appearing in this case and by regular mail to the attached Service List, pursuant to the Federal Rules of Civil Procedure on October 31, 2024.

*/s/ Joseph F. Colvin, Jr.*

**SERVICE LIST:**

| | | |
|---|---|---|
| AGAPE<br>6161 Savoy Drive, Suite 500<br>Houston, Texas 77036-3326 | Affordable Dumpster Rentals<br>6520 US Hwy. 301 S., Suite 112<br>Riverview, Florida 33578-4324 | Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, Texas 77002-5225 |
| Ali Choudhri<br>2425 West Loop Street, 11th Floor<br>Houston, Texas 77027 | Amina Properties, L.L.C.<br>c/o T. Josh Judd<br>Andrews Myers, P.C.<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4175 | Caz Creek Holdings 2, LLC<br>c/o Howard Marc Spector<br>12770 Coit Road, Suite 850<br>Dallas, Texas 75251 |
| Caz Creek Holdings 2, LLC<br>As Custodian for CCH TX2, LLC<br>14800 Landmark Blvd., Suite 400<br>Dallas, Texas 75254-7598 | Caz Creek Lending<br>118 Vintage Park Blvd. No. W<br>Houston, Texas 77070-4095 | City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Texas 77253-3064 |
| Clark Hill PC<br>500 Woodward Avenue, Suite 3500<br>Detroit, Michigan 48226-3485 | Competition Roofing, Inc.<br>7310 Fairview Street<br>Houston, Texas 77041-2106 | Cypress Bridge Co., LLC and Magnolia Bridge Co.<br>c/o McDowell Hetherington LLP<br>Attention: Robert P. Debelak, III<br>1001 Fannin Street, Suite 2400<br>Houston, Texas 77002-6706 |
| Cypress Bridge Co., LLC and Magnolia Bridge Co.<br>c/o McDowell Hetherington LLP<br>Attention: Matthew W. Bourda<br>1001 Fannin Street, Suite 2400<br>Houston, Texas 77002-6706 | Dalio Holdings I, LLC<br>2425 West Loop South<br>Houston, Texas 77027-4210 | Dalio Holdings I, LLC<br>Dalio Holdings II, LLC<br>c/o William Choslovsky<br>300 S. Wacker Drive, Suite 2750<br>Chicago, Illinois 60606-6782 |
| Drew Dennett<br>2450 Wickersham Lane, Ste. 202<br>Austin, Texas 78741-4744 | FGMS Holdings, LLC<br>12000 Network Boulevard<br>Building B, Suite 210<br>San Antonio, Texas 78249-3353 | (P) Ovation Services<br>Attention: Bankruptcy Department<br>1114 Lost Creek Blvd., Suite 125<br>Austin, Texas 78746-6175 |
| (p) Harris County Attorney's Office<br>P. O. Box 2848<br>Houston, Texas 77252-2848 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Texas 77253-3064 | Houston ISD<br>P. O. Box 4668<br>Houston, Texas 77210-4668 |
| Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Texas 77253-3064 | IPFS Corporation<br>30 Montgomery Street, Suite 501<br>Jersey City, NJ 07302-3821 | IPFS Corporation<br>P. O. Box 412086<br>Kansas City, MO 64141-2086 |

4

| | | |
|---|---|---|
| JLM Law, PLLC<br>101 West Loup South, Suite 700<br>Houston, Texas 77027-9033 | Jetall Companies, Inc.<br>2425 West Loop South, Suite 1100<br>Houston, Texas 77027-4210 | John Quinlan<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 |
| Mack Brooks, LLC as Agent & Atty in Fact for FGMS Holdings, LLC<br>c/o Howard Marc Spector<br>12770 Coit Road, Suite 850<br>Dallas, Texas 75251 | Mack Brooks, LLC as Agent & Atty for FGMS Holdings, LLC<br>12672 Silicon Drive, Suite 150<br>San Antonio, Texas 78249-3450 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight, LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 |
| Nationwide Security<br>2425 West Loop South, Suite 300<br>Houston, Texas 77027-4207 | Omar Khawaja<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | Osama Abdullatif<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 |
| Steadfast 829 Holdings, Inc.<br>c/o Rodney Drinnon<br>McCathern<br>2000 West Loop South, Suite 1850<br>Houston, Texas 77027-3744 | US Insurance Funding<br>8303 SW Freeway, Suite 435<br>Houston, Texas 77074-1691 | United States Trustee – AU12<br>United States Trustee<br>903 San Jacinto Blvd., Suite 230<br>Austin, Texas 78701-2450 |
| WCW Houston Properties, LLC<br>Attn: Judith Chang – CFO<br>3657 Briarpark Drive, Suite 188<br>Houston, Texas 77042-5267 | WCW Houston Properties, LLC<br>Attention: Tami Kim Broker<br>Associate/Attorney<br>6100 Corporate Drive, Suite 319<br>Houston, Texas 77036-3433 | WCW Houston Properties, LLC<br>Howley Law PLLC c/o Eric Terry<br>711 Louisiana Street, Suite 1850<br>Houston, Texas 77002-2790 |
| WCW Houston Properties, LLC<br>c/o Matthew Kevin Powers<br>Burford Perry<br>909 Fannin, Suite 2630<br>Houston, Texas 77010-1003 | Wrinkle, Gardner & Company, PC<br>P. O. Box 1707<br>Friendswood, Texas 77549-1707 | c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 |
| Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N. MoPac Expy., Suite 400<br>Austin, Texas 78731-2347 | | |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

| | | |
|---|---|---|
| Harris County Tax Assessor<br>P. O. Box 4622<br>Houston, Texas 77210-4622 | (d) Harris County, et al.<br>P. O. Box 2848<br>Houston, Texas 77252-2848 | (d) FGMS Holdings, LLC<br>1200 Network Blvd., Bldg. B, Suite 210<br>San Antonio, Texas 78249 |