**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 22, 2024**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10120-SMR |
| | § | |
| TEXAS REIT, LLC, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

---

### ORDER DENYING ALI CHOUDHRI'S MOTION TO RECONSIDER ORDER
#### (Relates to ECF No. 344)

On October 28, 2024, Ali Choudhri filed a *Motion to Reconsider Order* (the "Motion to Reconsider" at ECF No. 344) in regard to the Court's October 7, 2024 Order at ECF No. 315. Creditors Osama Abdullatif, Omar Khawaja, John Quinlan filed a Response at ECF No. 371. On November 21, 2024, the Court held a hearing on the Motion to Reconsider. For the reasons set forth on the record, the Court finds that the Motion to Reconsider should be denied. Accordingly,

**IT IS ORDERED** that Ali Choudhri's *Motion to Reconsider Order* filed at ECF No. 344 is **DENIED**.

# # #

United States Bankruptcy Court

Western District of Texas

In re:  Case No. 24-10120-smr

Texas REIT, LLC  Chapter 11

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1  User: admin  Page 1 of 4

Date Rcvd: Nov 22, 2024  Form ID: pdfintp  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol** | **Definition**
--- | ---
+ | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

**Recip ID** | | **Recipient Name and Address**
--- | --- | ---
db | + | Texas REIT, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:**

**Name** | **Email Address**
--- | ---
Ali Choudhri | ali@jetallcapital.com
Angeline V Kell | on behalf of Creditor Osama Abdullatif kell@hooverslovacek.com stacey@womaclaw.com
Angeline V Kell | on behalf of Creditor Omar Khawaja kell@hooverslovacek.com stacey@womaclaw.com
Angeline V Kell | on behalf of Creditor John Quinlan kell@hooverslovacek.com stacey@womaclaw.com
Eric Terry | on behalf of Interested Party WCW Houston Properties LLC eric@ericterrylaw.com ebterry@ecf.axosfs.com
Finis E Cowan, III | on behalf of Defendant ALI MOKARAM finis@finiscowan.com

District/off: 0542-1     User: admin     Page 2 of 4

Date Rcvd: Nov 22, 2024     Form ID: pdfintp     Total Noticed: 1

Finis E Cowan, III
on behalf of Defendant ALI CHOUDHRI finis@finiscowan.com

Finis E Cowan, III
on behalf of Defendant Angel Valle finis@finiscowan.com

Howard Marc Spector
on behalf of Creditor Mack Brooks  LLC as agent and attorney in fact for FGMS Holdings, LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com

Howard Marc Spector
on behalf of Creditor Caz Creek Holdings 2  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com

Jason Andrew LeBoeuf
on behalf of Defendant ALI CHOUDHRI jason@leboeuflawfirm.com

John C. Roy
on behalf of U.S. Trustee United States Trustee - AU12 casey.roy@rsbfirm.com

Joseph F. Colvin, Jr
on behalf of Interested Party Dalio Holdings I LLC jcolvin@shackelford.law

Joseph F. Colvin, Jr
on behalf of Interested Party Dalio Holdings II LLC jcolvin@shackelford.law

Kevin Powers
on behalf of Interested Party WCW Houston Properties LLC kpowers@spencerfane.com  kevin-powers-7815@ecf.pacerpro.com

Lydia R Webb
on behalf of Plaintiff Ali Mokaram LWEBB@GRAYREED.COM  vsalazar@grayreed.com

Lydia R Webb
on behalf of Interested Party Ali Mokaram LWEBB@GRAYREED.COM  vsalazar@grayreed.com

Lydia R Webb
on behalf of Plaintiff Osama Abdullatif LWEBB@GRAYREED.COM  vsalazar@grayreed.com

Lydia R Webb
on behalf of Defendant ALI MOKARAM LWEBB@GRAYREED.COM  vsalazar@grayreed.com

Lydia R Webb
on behalf of Plaintiff OSAMA ABDULLATIF LWEBB@GRAYREED.COM  vsalazar@grayreed.com

Lydia R Webb
on behalf of Plaintiff ALI MOKARAM LWEBB@GRAYREED.COM  vsalazar@grayreed.com

Lydia R Webb
on behalf of Creditor Osama Abdullatif LWEBB@GRAYREED.COM  vsalazar@grayreed.com

Mark Curtis Taylor
on behalf of Defendant Texas REIT  LLC mark.taylor@hklaw.com, tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com

Mark Curtis Taylor
on behalf of Debtor Texas REIT  LLC mark.taylor@hklaw.com, tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com

Mark Curtis Taylor
on behalf of Attorney Holland & Knight LLP mark.taylor@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com

Matthew W. Bourda
on behalf of Interested Party Magnolia BridgeCo  LLC matthew@jonesmurray.com

Matthew W. Bourda
on behalf of Interested Party Cypress BridgeCo  LLC matthew@jonesmurray.com

Paul Kirklin
on behalf of Defendant ALI CHOUDHRI pkirklin@kirklinlaw.com

Robert Paul Debelak, III
on behalf of Interested Party Magnolia BridgeCo  LLC bobby.debelak@mhllp.com, ella.wynn@mhllp.com;rachel.parnell@mhllp.com

Robert Paul Debelak, III
on behalf of Interested Party Cypress BridgeCo  LLC bobby.debelak@mhllp.com, ella.wynn@mhllp.com;rachel.parnell@mhllp.com

Shane P. Tobin
on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov

Stephen W. Sather

District/off: 0542-1

Date Rcvd: Nov 22, 2024

User: admin

Form ID: pdfintp

Page 3 of 4

Total Noticed: 1

Stephen W. Sather

on behalf of Defendant Texas REIT  LLC ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather

on behalf of Debtor Texas REIT  LLC ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather

on behalf of Attorney Barron & Newburger  P.C. ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Stephen W. Sather

on behalf of Defendant Texas REIT LLC ssather@bn-lawyers.com phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Steven A. Leyh

on behalf of Creditor Osama Abdullatif leyh@hooverslovacek.com  graham@hooverslovacek.com

Steven A. Leyh

on behalf of Creditor Ali Choudhri leyh@hooverslovacek.com  graham@hooverslovacek.com

Steven A. Leyh

on behalf of Creditor John Quinlan leyh@hooverslovacek.com  graham@hooverslovacek.com

Steven A. Leyh

on behalf of Creditor Omar Khawaja leyh@hooverslovacek.com  graham@hooverslovacek.com

Susan R. Fuertes

on behalf of Creditor Harris County  ATTN: Property Tax Division susan.fuertes@harriscountytx.gov, taxbankruptcy.cao@harriscountytx.gov

T. Josh Judd

on behalf of Interested Party Amina Properties  L.L.C. jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Michael Ballases

on behalf of Creditor Osama Abdullatif ballases@hooverslovacek.com

T. Michael Ballases

on behalf of Creditor John Quinlan ballases@hooverslovacek.com

T. Michael Ballases

on behalf of Creditor Omar Khawaja ballases@hooverslovacek.com

Tara L. Grundemeier

on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Thane Tyler Sponsel, III

on behalf of Interested Party George M. Lee sponsel@smglawgroup.com

Thane Tyler Sponsel, III

on behalf of Plaintiff George M. Lee sponsel@smglawgroup.com

Tom A Howley

on behalf of Plaintiff WCW Houston Properties  LLC tom@howley-law.com, roland@howley-law.com

Tom A Howley

on behalf of Interested Party WCW Houston Properties LLC tom@howley-law.com  roland@howley-law.com

United States Trustee - AU12

ustpregion07.au.ecf@usdoj.gov

William Choslovsky

on behalf of Interested Party Dalio Holdings II LLC wchoslovsky@ginsbergjacobs.com

William Choslovsky

on behalf of Defendant Dalio Holdings II LLC wchoslovsky@ginsbergjacobs.com

William Choslovsky

on behalf of Interested Party Dalio Holdings I LLC wchoslovsky@ginsbergjacobs.com

William Choslovsky

on behalf of Defendant Dalio Holdings I LLC wchoslovsky@ginsbergjacobs.com

District/off: 0542-1

Date Rcvd: Nov 22, 2024

TOTAL: 56

User: admin

Form ID: pdfintp

Page 4 of 4

Total Noticed: 1