# WITNESS AND EXHIBIT LIST

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS | |
| MAIN NO. 24-10120 Texas REIT, LLC | JUDGE: Shad Robinson |
| | COURTROOM STAFF: Jennifer Lopez |
| WITNESSES: Ali Choudhri Osama Abdulaftif Omar Khawaja John Quinlan | DATE: December 19, 2024, 1:30 p.m. |
| | **PARTY'S NAME: Debtor** |
| | ATTORNEY'S NAME: BARRON & NEWBURGER, P.C. |
| | ATTORNEY'S PHONE: 512-476-9103, ext. 220 |
| | NATURE OF PROCEEDINGS: Objection to Claim 9-1 Motion to Withdraw Claim 9-1 |
| Any person listed by any other party | |

| NO. | DESCRIPTION OF EXHIBITS | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1. | Proof of Claim No. 9-1 | | | | |
| 2. | Supplemental Notice of Lis Pendens RP-2023-322023 | | | | |
| 3. | Supplemental Notice of Lis Pendens RP 2023-322019 | | | | |
| 4. | Deposition of Omar Khawaja | | | | |
| 5 | Deposition of Osama Abdulatif | | | | |
| 6 | Deposition of John Quinlan | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| | | | | | |