## SECOND AMENDED WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS ||
|---|---|
| MAIN NO.24-10120 Texas REIT, LLC | JUDGE: Shad Robinson |
| | COURTROOM STAFF: Jennifer Lopez |
| WITNESSES: | DATE: December 19, 2024, 1:30 p.m. |
| Ali Choudhri | **PARTY'S NAME: Debtor and Ali Choudhri Pro Se** |
| Osama Abdulaftif | ATTORNEY'S NAME: BARRON & NEWBURGER, P.C. |
| Omar Khawaja | ATTORNEY'S PHONE: 512-476-9103, ext. 220 |
| John Quinlan | NATURE OF PROCEEDINGS: |
| George Lee | Objection to Claim 9-1 |
| Chris Wyatt | Motion to Withdraw Claim 9-1 |
| Ali Mokaram | Judgment Creditors' Expedited Motion for (I) Determination that |
| Michael Ballases | the Automatic Stay Does Not Apply to State Court Claims |
| Scott Funk | Against Ali Choudhri Individually, or Alternatively, (II) Relief |
| Quanell X. Farrahakhan | from Automatic Stay |
| | |
| Any person listed by any other party | |

| NO. | DESCRIPTION OF EXHIBITS | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1. | Proof of Claim No. 9-1 | | | | |
| 2. | Supplemental Notice of Lis Pendens RP-2023-322023 | | | | |
| 3. | Supplemental Notice of Lis Pendens RP 2023-322019 | | | | |
| 4. | Deposition of Omar Khawaja | | | | |
| 5 | Deposition of Osama Abdulatif | | | | |
| 6 | Deposition of John Quinlan | | | | |
| 7 | Deposition of Omar Khawaja in Adv. No. 23-3141 | | | | |
| 8 | Deposition of Osama Abdultatif in Adv. No. 23-3141 | | | | |
| 9 | Deposition of John Quinlan in Adv. 23-3141 | | | | |
| 10 | Complaint in Adv. No. Adv. 23-3141 | | | | |
| 11 | Supplemental Complaint in Adv. No. 23-3141 | | | | |
| 12 | Third Amended Petition by Hira Azhar | | | | |
| 13 | Judgment in Divorce Action | | | | |
| 14 | Notices of Lis Pendens filed in 2019 | | | | |
| 15 | Appellate Opinion in Divorce Case | | | | |
| 16 | Clerk's Certificate of Deposit in Lieu of Supersedeas Bond | | | | |
| 17 | Order on Joint Motion to Compel Enforcement | | | | |
| 18 | Email from Omar Khawaja to Ali Choudhri dated 3-8-13 | | | | |
| 19 | Letter from Michael Ballases to Ali Choudhri re Waiver of Conflict | | | | |
| 20 | Email from Michael Ballases to Ali Choudhri dated 7/11/16 | | | | |
| 21 | Cpntract of Employment in Hira Azhar suit | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 22 | Transcript of Hearing Before Judge Marvin Isgur on 11-13-24 | | | | |
| 22A | Order Remanding in Adv. No. 24-3224 | | | | |
| 23 | Email from Scott Funk objecting to sale of property by Texas REIT, LLC | | | | |
| 24 | Transcript of Testimony by Omar Khawaja in Case No. 13-3252 | | | | |
| 25 | Sale Agreement between Osama Abdulaftif and Ali Mokaram in December 2012 | | | | |
| 26 | Plaintiff's Original Petition in Case No. 2011-25222 | | | | |
| 27 | Phase I Final Judgment in Case No. 2012-27197 | | | | |
| 28 | Complaint by George Lee in Adv. 24-1039 | | | | |
| 29 | Email from Michael Ballases to James Pope dated 8/22/23 | | | | |
| 30 | Email from Michael Ballases to Ali Choudhri dated 11/7/24 | | | | |
| 31 | Email from Michael Ballases to James Pope dated 10/2/24 | | | | |
| 32 | Order from Supreme Court of Pakistan | | | | |
| 33 | Release of Lis Pendens in Case No. 2021-15696 | | | | |
| 34 | Letter from Michael Ballases to Peter Mai dated 4-1-21 | | | | |
| 35 | Wire Transfer dated 3/29/21 | | | | |
| 36 | Hearing transcript from 5-21-18 | | | | |
| 37 | Order on Motion to Compromise in Case No. 18-32218 | | | | |
| 38 | Affidavit of George Lee | | | | |
| 39 | Letter from Michael Ballases to Peter Mai dated 3/22/21 | | | | |
| 40 | Defendant's Supplement to Verified Motion to Recuse | | | | |
| 41 | Email from Charles Mansour to Ali Choudhri dated 3/30/24 | | | | |
| 42 | Notice of Bankruptcy filed in Case No. 23-1019, Texas REIT v. Mokaram-Latif West Loop, Ltd. | | | | |
| 43 | Order Denying Motion for Rehearing En Banc | | | | |
| | | | | | |
| | | | | | |