Expedited hearing shall be held on 12/19/2024 at 01:30 PM in https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245. Movant is responsible for notice.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 12, 2024**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| Texas REIT LLC | § § | Case No. 24-10120 (SMR) |
| Debtor. | § § § § | |

**ORDER GRANTING MOTION OF JUDGMENT CREDITORS TO EXPEDITE HEARING ON JUDGMENT CREDITORS' EXPEDITED MOTION FOR (I) A DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY TO STATE COURT CLAIMS AGAINST ALI CHOUDHRI INDIVIDUALLY, OR, ALTERNATIVELY, (II) RELIEF FROM THE AUTOMATIC STAY**

Before this Court is the Motion filed by Ali Mokaram ("Mokaram") and Osama Abdullatif ("Abdullatif"), judgment creditors of Ali Choudhri (together, the "Judgment Creditors" or "Movants") requesting an expedited hearing on the *Judgement Creditors' Expedited Motion for (I) a Determination that the Automatic Stay Does Not Apply to State Court Claims Against Ali Choudhri Individually, or, Alternatively, (II) Relief from the Automatic Stay* filed on December 11, 2024 [Docket No. 410] (the "Motion"). The Court finds that the Motion should be granted as set forth below.

4925-7449-3188

**ACCORDINGLY, IT IS THEREFORE ORDERED** that the Motion is scheduled for an expedited hearing on **December 19th, 2024, at 1:30 p.m. (Central Time)**.

# # #

Prepared By:

| | |
|---|---|
| **HOOVER SLOVACEK, LLP** | **GRAY REED** |
| By: /s/ T. Michael Ballases | By: /s/ London England |
| T. Michael Ballases | B. Scott Funk |
| Texas State Bar No. 24036179 | Texas Bar No. 07550900 |
| Brice B. Beale | Lydia R. Webb |
| Texas State Bar No. 24031855 | Texas Bar No. 24083758 |
| Steven A. Leyh | London England |
| Texas State Bar No. 12318300 | Texas Bar No. 24110313 |
| Galleria Tower II | 1300 Post Oak Blvd., Suite 2000 |
| 5051 Westheimer, Suite 1200 | Houston, Texas 77056 |
| Houston, Texas 77056 | Telephone: (713) 986-7000 |
| Telephone: (713) 977-8686 | Facsimile: (713) 986-7100 |
| Facsimile: (713) 977-5395 | Email: lwebb@grayreed.com |
| Email: ballases@hooverslovacek.com | sfunk@grayreed.com |
| beale@hooverslovacek.com | |
| leyh@hooverslovacek.com | **COUNSEL TO ALI MOKARAM** |
| **COUNSEL TO OSAMA ABDULLATIF** | |

4925-7449-3188

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10120-smr |
| Texas REIT, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 12, 2024 | Form ID: pdfintp | Total Noticed: 15 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Texas REIT, LLC, 2450 Wickersham Lane, Suite 202, Austin, TX 78741-4744 |
| aty | #+ | Holland & Knight LLP, c/o Mark C. Taylor, 100 Congress Ave., Suite 1800, Austin, TX 78701-4042 |
| aty | + | William Choslovsky, Ginsberg Jacobs, 300 S. Wacker Dr., Chicago, IL 60606-6680 |
| cr | | Caz Creek Holdings 2, LLC, c/o Howard Marc Spector, 12770 Coit Rd, St 850, Dallas, TX 75251 |
| intp | + | Cypress BridgeCo, LLC, c/o McDowell Hetherington LLP, ATTN: Robert P. Debelak III, 1001 Fannin Street, Suite 2400 Houston, TX 77002-6706 |
| intp | + | Dalio Holdings I LLC, 1001 W. Loop South, Suite 700, Houston, TX 77027-9033 |
| intp | + | David P. Crist, The Law Offices of David P. Crist, 7200 N. Mopac Expressway, Ste. 250, Austin, TX 78731-3077 |
| cr | | Mack Brooks, LLC as agent and attorney in fact for, c/o Howard Marc Spector, 12770 Coit Rd, St 850, Dallas, TX 75251 |
| intp | + | Magnolia BridgeCo, LLC, c/o McDowell Hetherington LLP, ATTN: Robert P. Debelak III, 1001 Fannin St., Suite 2400 Houston, TX 77002-6706 |
| intp | + | WCW Houston Properties LLC, 711 Louisiana St #1850, Houston, TX 77002-2790 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ssather@bn-lawyers.com | Dec 12 2024 22:51:00 | Barron & Newburger, P.C., 7320 N. Mopac Expressway, Suite 400, Austin, TX 78731-2347 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Dec 12 2024 22:50:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: susan.fuertes@harriscountytx.gov | Dec 12 2024 22:50:00 | Harris County, ATTN: Property Tax Division, Harris County Attorney's Office, P.O. Box 2848, Houston, TX 77252 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Dec 12 2024 22:50:00 | Houston Community College System, Linebarger Goggan Blair & Sampson LLPq, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Dec 12 2024 22:50:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston,, TX 77253-3064 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | William Choslovsky |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

24-10120-smr Doc#421 Filed 12/14/24 Entered 12/14/24 23:28:36 Imaged Certificate of Notice Pg 4 of 6

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Dec 12, 2024 | Form ID: pdfintp | Total Noticed: 15 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ali Choudhri | ali@jetallcapital.com |
| Angeline V Kell | on behalf of Creditor Osama Abdullatif kell@hooverslovacek.com stacey@womaclaw.com |
| Angeline V Kell | on behalf of Creditor Omar Khawaja kell@hooverslovacek.com stacey@womaclaw.com |
| Angeline V Kell | on behalf of Creditor John Quinlan kell@hooverslovacek.com stacey@womaclaw.com |
| Eric Terry | on behalf of Interested Party WCW Houston Properties LLC eric@ericterrylaw.com ebterry@ecf.axosfs.com |
| Finis E Cowan, III | on behalf of Defendant ALI CHOUDHRI finis@finiscowan.com |
| Finis E Cowan, III | on behalf of Defendant ALI MOKARAM finis@finiscowan.com |
| Finis E Cowan, III | on behalf of Defendant Angel Valle finis@finiscowan.com |
| Howard Marc Spector | on behalf of Creditor Mack Brooks LLC as agent and attorney in fact for FGMS Holdings, LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com |
| Howard Marc Spector | on behalf of Creditor Caz Creek Holdings 2 LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com |
| Jason Andrew LeBoeuf | on behalf of Defendant ALI CHOUDHRI jason@leboeuflawfirm.com |
| John C. Roy | on behalf of U.S. Trustee United States Trustee - AU12 casey.roy@rsbfirm.com |
| Joseph F. Colvin, Jr | on behalf of Interested Party Dalio Holdings I LLC jcolvin@shackelford.law |
| Joseph F. Colvin, Jr | on behalf of Interested Party Dalio Holdings II LLC jcolvin@shackelford.law |
| Kevin Powers | on behalf of Plaintiff WCW Houston Properties LLC kpowers@spencerfane.com, kevin-powers-7815@ecf.pacerpro.com |
| Kevin Powers | on behalf of Interested Party WCW Houston Properties LLC kpowers@spencerfane.com kevin-powers-7815@ecf.pacerpro.com |
| London England | on behalf of Interested Party Ali Mokaram lengland@grayreed.com |
| Lydia R Webb | |

24-10120-smr Doc#421 Filed 12/14/24 Entered 12/14/24 23:28:36 Imaged Certificate of Notice Pg 5 of 6

| District/off: 0542-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: pdfintp | Total Noticed: 15 |

| | |
|---|---|
| | on behalf of Plaintiff ALI MOKARAM LWEBB@GRAYREED.COM vsalazar@grayreed.com |
| Lydia R Webb | |
| | on behalf of Creditor Osama Abdullatif LWEBB@GRAYREED.COM vsalazar@grayreed.com |
| Lydia R Webb | |
| | on behalf of Plaintiff Ali Mokaram LWEBB@GRAYREED.COM vsalazar@grayreed.com |
| Lydia R Webb | |
| | on behalf of Interested Party Ali Mokaram LWEBB@GRAYREED.COM vsalazar@grayreed.com |
| Lydia R Webb | |
| | on behalf of Plaintiff Osama Abdullatif LWEBB@GRAYREED.COM vsalazar@grayreed.com |
| Lydia R Webb | |
| | on behalf of Defendant ALI MOKARAM LWEBB@GRAYREED.COM vsalazar@grayreed.com |
| Lydia R Webb | |
| | on behalf of Plaintiff OSAMA ABDULLATIF LWEBB@GRAYREED.COM vsalazar@grayreed.com |
| Mark Curtis Taylor | |
| | on behalf of Defendant Texas REIT LLC mark.taylor@hklaw.com, tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| Mark Curtis Taylor | |
| | on behalf of Debtor Texas REIT LLC mark.taylor@hklaw.com, tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| Mark Curtis Taylor | |
| | on behalf of Attorney Holland & Knight LLP mark.taylor@hklaw.com tammy.greenblum@hklaw.com;annmarie.jezisek@hklaw.com |
| Matthew W. Bourda | |
| | on behalf of Interested Party Magnolia BridgeCo LLC matthew@jonesmurray.com |
| Matthew W. Bourda | |
| | on behalf of Interested Party Cypress BridgeCo LLC matthew@jonesmurray.com |
| Paul Kirklin | |
| | on behalf of Defendant ALI CHOUDHRI pkirklin@kirklinlaw.com |
| Robert Paul Debelak, III | |
| | on behalf of Interested Party Magnolia BridgeCo LLC bobby.debelak@mhllp.com, ella.wynn@mhllp.com;rachel.parnell@mhllp.com |
| Robert Paul Debelak, III | |
| | on behalf of Interested Party Cypress BridgeCo LLC bobby.debelak@mhllp.com, ella.wynn@mhllp.com;rachel.parnell@mhllp.com |
| Shane P. Tobin | |
| | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov |
| Stephen W. Sather | |
| | on behalf of Defendant Texas REIT LLC ssather@bn-lawyers.com phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | |
| | on behalf of Defendant Texas REIT LLC ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | |
| | on behalf of Debtor Texas REIT LLC ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Stephen W. Sather | |
| | on behalf of Attorney Barron & Newburger P.C. ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Steven A. Leyh | |
| | on behalf of Creditor Osama Abdullatif leyh@hooverslovacek.com graham@hooverslovacek.com |
| Steven A. Leyh | |
| | on behalf of Creditor Ali Choudhri leyh@hooverslovacek.com graham@hooverslovacek.com |
| Steven A. Leyh | |
| | on behalf of Creditor John Quinlan leyh@hooverslovacek.com graham@hooverslovacek.com |
| Steven A. Leyh | |
| | on behalf of Creditor Omar Khawaja leyh@hooverslovacek.com graham@hooverslovacek.com |

24-10120-smr Doc#421 Filed 12/14/24 Entered 12/14/24 23:28:36 Imaged Certificate of Notice Pg 6 of 6

| District/off: 0542-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: pdfintp | Total Noticed: 15 |

Susan R. Fuertes
    on behalf of Creditor Harris County ATTN: Property Tax Division susan.fuertes@harriscountytx.gov, taxbankruptcy.cao@harriscountytx.gov

T. Josh Judd
    on behalf of Interested Party Amina Properties L.L.C. jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Michael Ballases
    on behalf of Creditor Osama Abdullatif ballases@hooverslovacek.com

T. Michael Ballases
    on behalf of Creditor John Quinlan ballases@hooverslovacek.com

T. Michael Ballases
    on behalf of Creditor Omar Khawaja ballases@hooverslovacek.com

Tara L. Grundemeier
    on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Thane Tyler Sponsel, III
    on behalf of Plaintiff George M. Lee sponsel@smglawgroup.com

Thane Tyler Sponsel, III
    on behalf of Interested Party George M. Lee sponsel@smglawgroup.com

Tom A Howley
    on behalf of Plaintiff WCW Houston Properties LLC tom@howley-law.com, roland@howley-law.com

Tom A Howley
    on behalf of Interested Party WCW Houston Properties LLC tom@howley-law.com roland@howley-law.com

United States Trustee - AU12
    ustpregion07.au.ecf@usdoj.gov

William Choslovsky
    on behalf of Interested Party Dalio Holdings I LLC wchoslovsky@ginsbergjacobs.com

William Choslovsky
    on behalf of Interested Party Dalio Holdings II LLC wchoslovsky@ginsbergjacobs.com

William Choslovsky
    on behalf of Defendant Dalio Holdings II LLC wchoslovsky@ginsbergjacobs.com

William Choslovsky
    on behalf of Defendant Dalio Holdings I LLC wchoslovsky@ginsbergjacobs.com

TOTAL: 58