**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-10120-smr |
| TEXAS REIT, LLC | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | |

**RESPONSE OF JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ABDULLATIF TO CREDITOR'S OBJECTION TO CLAIM [ECF NO. 345] OF JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ABDULLATIF (CLAIM NO. 9-1)**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW, John Quinlan, Omar Khawaja, and Osama Abdullatif ("Respondents"), and file this their Response to the Objection to Claim [ECF No. 345] and would show as follows:

1. The allegations in paragraph 1 are admitted.

2. The allegations in paragraph 2 are denied.

3. The allegations in paragraph 3 are denied.

4. The allegations in paragraph 4 are denied.

5. The allegations in paragraph 5 are admitted.

6. The allegations in paragraph 6 are denied.

7. The allegations in paragraph 7 are denied.

8. The allegations in paragraph 8 are denied.

9. The allegations in paragraph 9 are denied.

10. The allegations in paragraph 10 are denied.

11. The allegations in paragraph 11 are denied.

12. To the extent the prayer contains any allegations, they are denied.

13. The responsive pleading filed by Respondents at ECF No. 371 is incorporated herein by reference.

Respectfully submitted,

**HOOVER SLOVACEK, LLP**

By: */s/ Steven A. Leyh*
Steven A. Leyh
State Bar No. 12318300
leyh@hooverslovacek.com
T. Michael Ballases
State Bar NO. 24036179
ballases@hooverslovacek.com
Brice B. Beale
State Bar No. 24031855
beale@hooverslovacek.com
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395

**ATTORNEYS FOR JOHN QUINLAN, OMAR KHAWAJA, AND OSAMA ABDULLATIF**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response to Creditor's Objection to Claim 9-1 was served upon the parties listed on Debtor's Mailing Matrix by United States Mail, First Class, Postage Prepaid, and/or by Electronic means for all Pacer system participants on December 18, 2024.

| | | |
|---|---|---|
| Stephen W. Sather<br>ssather@bn-lawyers.com<br>phammer@bn-lawyers.com<br>cmurname@bn-lawyers.com<br>plevine@bn-lawyers.com<br>cchristensen@be-lawyers.com<br>Barronnewburgerpcaustin@jubileebk.net<br>mccalderson@bn-lawyers.com<br>kparsley@bn-lawyers.com | Matthew W. Bourda<br>matthew@jonesmurray.com | Ali Choudhri<br>ali@jetallcapital.com |
| Finis E. Cowan, III<br>finis@finiscowan.com | Robert Paul Debelak III<br>Bobby.debelak@mhllp.com;<br>Ella.wynn@mhllp.com<br>Rachel.parnell@mhllp.com | Susan R. Fuertes<br>Susan.fuertes@harriscountytx.gov<br>Vriana.portillo@harriscountytx.gov<br>Jo.falcon@harriscountytx.gov |
| Tara L. Grundemeier<br>Houston_bankruptcy@lgbs.com | Tom A. Howley<br>tom@howley-law.com | T. Josh Judd<br>jjudd@andrewsmyers.com<br>sray@andrewsmyers.com |

4901-8343-8855, v. 1

Page | 2

| Kevin Powers<br>kpowers@spencerfane.com<br>kevin-powers-7815@ecf.pacerpro.com | John C. Roy<br>Casey.roy@rsbfirm.com | Howard Marc Spector<br>hspector@spectorcox.com<br>ahawkins@spectorcox.com<br>slthorn@spectorcox.com<br>hspector@ecf.courtdrive.com |
|---|---|---|
| Thane Tyler Sponsel III<br>sponsel@smglawgroup.com | Mark Curtis Taylor<br>Mark.taylor@hklaw.com<br>Tammy.greenblum@hklaw.com<br>Annmarie.jezisek@hklaw.com | Eric Terry<br>eric@ericterrylaw.com |
| Shane P. Tobin<br>Shane.p.tobin@usdoj.gov<br>Carolyn.feinstein@usdoj.gov<br>Gary.wright3@usdoj.gov<br>Tisha.savannah@usdoj.gov | United States Trustee – AU12<br>Ustpregion07.au.ecf@usdoj.gov | Lydia R. Webb<br>lwebb@grayreed.com<br>vsalazar@grayreed.com |

                                                 */s/ Steven A. Leyh*
                                                 Steven A. Leyh