

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 06, 2025.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 24-10120-smr |
| | § | |
| **Texas REIT, LLC,** | § | |
| | § | |
| | § | |
| Debtor. | § | Chapter 11 |

**ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM OF JOHN QUINLAN, OMAR KHAWAJA AND OSAMA ADBULLATIF (Claim No. 9-1) AND ORDER ON MOTION FOR LEAVE TO WITHDRAW CLAIM NO. 9**
**(Relates to ECF Nos. 165 & 228)**

On December 19, 2024, the Court conducted a hearing on the Debtor's *Objection to Claim 9-1, John Quinlan, et al with Notice thereof* (the "Objection" at ECF No. 165) and the Claimants' *Motion for Leave to Withdraw Claim No. 9* (the "Motion to Withdraw" at ECF No. 228). For the reasons set forth on the record, the Court finds that it should enter the following order.

1. **IT IS THEREFORE ORDERED** that Claim No. 9-1 is **DENIED** in its entirety.

2. **IT IS FURTHER ORDERED** that the Debtor shall serve notice of this Order on:

          Steven A. Leyh
          Hoover Slovacek, LLP
          5051 Westheimer, Suite 1200
          Houston, TX 77056

3. **IT IS FURTHER ORDERED** that Claimants are granted leave to withdraw Claim No. 9-1 on the following conditions and the Court finds and holds that:

    a. Claim No. 9-1 is and shall be withdrawn with prejudice.

    b. Within ten (10) days from entry of this Order, Claimants shall dismiss their claims against Texas REIT, LLC in Adv. No. 23-3141, pending in the Bankruptcy Court for the Southern District of Texas, with prejudice.

    c. Within ten (10) days from entry of this Order, Claimants shall take all necessary action to release and withdraw any Notices of Lis Pendens filed by Claimants with regard to any property of Texas REIT, LLC, and record any required document in the deed records of each applicable county.

    d. The automatic stay is modified to permit Claimants to comply with this Order.

    e. All rights, claims, defenses and entitlements of Texas REIT, LLC to seek relief against Claimants are hereby preserved and retained.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

                                        # # #