# Exhibit 5



# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

---

Friday, January 26, 2024

Mr. William Drabble
Gray Reed & McGraw LLP
1601 Elm Street, Suite 4600
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Mr. William A. 'Andy' Taylor
Andy Taylor & Associates, P.C.
2628 Highway 36 S, #288
Brenham, TX 77833
* DELIVERED VIA E-MAIL *

RE: Case Number: 23-1019
Court of Appeals Number: 14-23-00694-CV
Trial Court Number: 2012-27197D

Style: TEXAS REIT, LLC, ALI CHOUDHRI, DALIO HOLDINGS I, LLC AND DALIO HOLDINGS II, LLC
v.
MOKARAM-LATIF WEST LOOP, LTD AND ALI MOKARAM

Dear Counsel:

The Supreme Court of Texas requests that resondents file a response to the petition for review in the above-referenced case. The response is due in this office on **February 26, 2024.** **PLEASE NOTE** pursuant to TEX. R. APP. P. 9.2(c)(2) all documents (except documents submitted under seal) must be e-filed through eFileTexas.gov. You may file up to midnight on the due date.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc: Mr. D. Scott Funk (DELIVERED VIA E-MAIL)
Mr. Rodney L. Drinnon (DELIVERED VIA E-MAIL)
Mr. Lloyd E. Kelley (DELIVERED VIA E-MAIL)
Mr. Preston T. Kamin (DELIVERED VIA E-MAIL)