# Exhibit 6

FILED
23-1019
2/9/2024 2:07 PM
tex-84352768
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# NO. 23-1019

## In the Supreme Court of Texas

**Texas REIT, LLC, Ali Choudhri, Dalio Holdings I, LLC and Dalio Holdings II, LLC,**
*Petitioners,*

v.

**Mokaram-Latif West Loop, Ltd. and Ali Mokaram,**
*Respondents.*

On Appeal from the Fourteenth Court of Appeals
Cause No. 14-23-00694-CV

## NOTICE OF BANKRUPTCY

TO THE HONORABLE SUPREME COURT OF TEXAS:

In accordance with Texas Rule of Appellate Procedure 8.1, please take notice that Petitioner Texas REIT, LLC filed a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas on February 6, 2024. That proceeding is styled *In re Texas REIT, LLC*, No. 24-10120.

Respectfully submitted,

**Gray Reed & McGraw LLP**

*/s/ William N. Drabble*
William N. Drabble
State Bar No. 24074154

1601 Elm Street, Suite 4600
Dallas Texas 75201
Telephone:(214) 954-4135
Facsimile: (214) 953-1335
Email: wdrabble@grayreed.com

D. Scott Funk
State Bar No. 07550900
Preston T. Kamin
State Bar No. 24062817

1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email: sfunk@grayreed.com
Email: pkamin@grayreed.com

*Attorneys for Respondent Ali Mokaram*

## CERTIFICATE OF SERVICE

I certify serving a true and correct copy of this Notice of Bankruptcy in accordance with Texas Rule of Appellate Procedure 9.5 on the persons listed below on this ninth day of February, 2024.

Andy Taylor
Andy Taylor & Associates, P.C.
2628 Highway 36S, #288
Brenham, Texas 77833
ataylor@andytaylorlaw.com

*Attorney for Petitioners*

Rodney I. Drinnon
McCathern, PLLC
2000 West Loop South, Ste. 1850
Houston, Texas 77027
rdrinnon@mccathernlaw.com

*Attorneys for Respondent Mokaram-Latif West Loop, Ltd.*

/s/ William N. Drabble
William N. Drabble

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below:

Christi Lillie on behalf of William Drabble
Bar No. 24074154
clillie@grayreed.com
Envelope ID: 84352768
Filing Code Description: Letter/Notice
Filing Description: Notice of Bankruptcy
Status as of 2/9/2024 2:12 PM CST

Associated Case Party: Texas REIT, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andy Taylor | | ataylor@andytaylorlaw.com | 2/9/2024 2:07:39 PM | SENT |

Associated Case Party: Ali Choudhri

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andy Taylor | | ataylor@andytaylorlaw.com | 2/9/2024 2:07:39 PM | SENT |

Associated Case Party: Dalio Holdings I, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andy Taylor | | ataylor@andytaylorlaw.com | 2/9/2024 2:07:39 PM | SENT |

Associated Case Party: Dalio Holdings II, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andy Taylor | | ataylor@andytaylorlaw.com | 2/9/2024 2:07:39 PM | SENT |

Associated Case Party: Mokaram-Latif West Loop, Ltd.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rodney Lee Drinnon | 24047841 | rdrinnon@mccathernlaw.com | 2/9/2024 2:07:39 PM | SENT |

Associated Case Party: Ali Mokaram

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William NDrabble | | wdrabble@grayreed.com | 2/9/2024 2:07:39 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below:

Christi Lillie on behalf of William Drabble
Bar No. 24074154
clillie@grayreed.com
Envelope ID: 84352768
Filing Code Description: Letter/Notice
Filing Description: Notice of Bankruptcy
Status as of 2/9/2024 2:12 PM CST

Associated Case Party: Ali Mokaram

| Name | | Email | Timestamp | Status |
|---|---|---|---|---|
| William NDrabble | | wdrabble@grayreed.com | 2/9/2024 2:07:39 PM | SENT |
| D. ScottFunk | | sfunk@grayreed.com | 2/9/2024 2:07:39 PM | SENT |
| Preston T.Kamin | | pkamin@grayreed.com | 2/9/2024 2:07:39 PM | SENT |
| Leigh Malinowski | | lmalinowski@grayreed.com | 2/9/2024 2:07:39 PM | SENT |
| Jackie Kish | | jkish@grayreed.com | 2/9/2024 2:07:39 PM | SENT |
| Christi Lillie | | clillie@grayreed.com | 2/9/2024 2:07:39 PM | SENT |