IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § § | **CASE NO. 24-10120-smr** |
| **TEXAS REIT, LLC** | § § | **CHAPTER 11** |
| DEBTOR. | § § | |

## ORDER GRANTING SECOND AMENDED MOTION TO ENFORCE THE AUTOMATIC STAY

**CAME ON TO BE CONSIDERED** Ali Choudhri's Second Amended Motion to Enforce the Automatic Stay. The Court finds that such Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that all actions relating to alter ego claims against Ali Choudhri and Texas REIT, LLC are to be stayed.

# # # End of Order # # #

1

Order Respectfully Submitted By:

_____
Ali Choudhri
1001 West Loop S,
Suite 700, 77027
Phone: 281-630-6627
Email: ali@jetallcapital.com
*Pro se*