# WITNESS AND EXHIBIT LIST

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS | |
| MAIN NO.24-10120 | |
| Texas REIT, LLC | JUDGE: Shad Robinson |
| | COURTROOM STAFF: Jennifer Lopez |
| WITNESSES: | DATE: February 13, 2025, 10:00 a.m. |
| Ali Choudhri | PARTY'S NAME: Debtor |
| George Lee | ATTORNEY'S NAME: BARRON & NEWBURGER, P.C. |
| | ATTORNEY'S PHONE: 512-476-9103, ext. 220 |
| | NATURE OF PROCEEDINGS: Amended Motion to Enforce Automatic Stay |
| Any person listed by any other party | |

| NO. | DESCRIPTION OF EXHIBITS | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1. | Letter from David Fettner enclosing court order | | | | |
| 2. | Letter dated February 7, 2025 from Andrew McCormick | | | | |
| 3 | Emergency Motion to Supplement Order Appointing Receiver and to Ratify Receiver's Actions | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |