**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § § § § § § § § | Chapter 11 |
| TEXAS REIT, LLC | | Case No. 24-10120-smr |
| Debtor | | |

## DEBTOR'S MOTION FOR SUPPLEMENTAL USE OF CASH COLLATERAL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Texas REIT, LLC, Debtor herein, and files this Motion for Supplemental Use of Cash Collateral, and in support thereof would show the following:

1. The Debtor owns two tracts of property on Westheimer Road in Houston. There is a standalone tract which previously contained a Walgreen's and a shopping center tract with various tenants.

2. The Debtor has tried to sell the shopping center tract without use of a broker without success.

3. The Debtor sought to employ a nationally known broker to market its property but this broker was unable to sign the required disclosures due to connections with parties in this case.

4. The Debtor is in the process of interviewing additional brokers, including one recommended by WCW.

5. The Debtor has had several cash collateral orders entered authorizing ongoing expenses.

6. Debtor has been advised that it will be able to obtain a more advantageous price for the

strip center if it makes certain improvements. The Debtor has received a bid from J & D Contractors, LLC, a third party to perform renovations to the strip center property, a copy of which is attached as Exhibit A. The total proposed repairs are $396,628.00.

7. The main parties with a claim to cash collateral are Dalio I Holdings, LLC and WCW Houston Properties, LLC. Dalio is an insider and consents to continued use of cash collateral. WCW has previously consented to use of cash collateral for ongoing expenses but has not consented to this specific use of cash collateral.

8. As of February 28, 2025, Debtor's use of cash collateral has allowed the Debtor to accumulate $500,254 in cash on hand. Allowing Debtor a fix up budget will consume much of this cash, but will improve the marketability of the shopping center tract.

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(866) 476-9103

*/s/ Stephen Sather*
Stephen Sather
State Bar No 17657520
**ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was served by first class mail, postage prepaid and properly addressed, on March 20, 2025 to all parties listed on the attached Service List, to the persons listed below by email and electronically by the Court's ECF system to all parties registered to receive such service.

*/s/ Stephen Sather*
Stephen Sather

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 24-10120-smr<br>Western District of Texas<br>Austin<br>Wed Feb 12 14:11:47 CST 2025 | Texas REIT, LLC<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 | United States Trustee (SMG111)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | AGAPE<br>6161 Savoy Drive Suite 500<br>Houston, TX 77036-3326 | Affordable Dumpster Rentals<br>6520 US Hwy 301 S Suite 112<br>Riverview, FL 33578-4324 |
| Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, TX 77002-5225 | Ali Choudhri<br>2425 West Loop St 11 FL<br>Houston TX 77027 | Amina Properties, L.L.C.<br>c/o T. Josh Judd<br>Andrews Myers, P.C.<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4175 |
| Caz Creek Holdings 2, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, St 850<br>Dallas, TX 75251 | Caz Creek Holdings 2, LLC as Custodian for<br>CCH TX2, LLC<br>14800 Landmark Blvd., Suite 400<br>Dallas, TX 75254-7598 | Caz Creek Lending<br>118 Vintage Park Blvd No. W<br>Houston, TX 77070-4095 |
| City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Clark Hill PC<br>500 Woodward Ave Suite 3500<br>Detroit, MI 48226-3485 | Competition Roofing, Inc.<br>7310 Fairview Street<br>Houston, TX 77041-2106 |
| Cypress BridgeCo, LLC  and Magnolia BridgeCo<br>c/o McDowell Hetherington LLP<br>ATTN: Robert P. Debelak III<br>1001 Fannin St., Ste. 2400<br>Houston, TX 77002-6706 | Cypress BridgeCo, LLC and Magnolia BridgeCo,<br>c/o McDowell Hetherington LLP<br>ATTN: Matthew W. Bourda<br>1001 Fannin St., Ste. 2400<br>Houston, TX 77002-6706 | Dalio Holdings I, LLC<br>2425 West Loop South Suite 77027-4210 |
| Dalio Holdings I, LLC<br>c/o Willian Choslovsky<br>300 S. Wacker Drive, Suite 2750<br>Chicago, IL 60606-6782 | Dalio Holdings II, LLC<br>c/o Willian Choslovsky<br>300 S. Wacker Drive, Suite 2750<br>Chicago, IL 60606-6782 | Drew Dennett<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 |
| FGMS Holdings, LLC<br>12000 Network Blvd., Bldg. B Suite 210<br>San Antonio, TX 78249-3353 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2848<br>HOUSTON TX 77252-2848 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>P.O.Box 4668<br>Houston, TX 77210-4668 | Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | IPFS Corporation<br>30 Montgomery Street, Suite 501<br>Jersey City, NJ 07302-3821 |
| IPFS Corporation<br>PO Box 412086<br>Kansas City, MO 64141-2086 | JLM Law, PLLC<br>1001 West Loop South<br>Ste 700<br>Houston, TX 77027-9033 | Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 |


| | | |
|---|---|---|
| John Quinlan<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | John Quinlan, Omar Khawaja, and Osama Abdull<br>c/oSteve Leyh Hoover Slovacek LLP<br>Galleria Tower 2, 5051 Westheimer, Ste 1<br>Houston, Texas 77056<br>Houston, TX 77056-5622 | Johnson & Starr, Agent for<br>Tax Lien Loan SPV LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd #850<br>Dallas TX 75251-1364 |
| Mack Brooks, LLC as agent and<br>attorney in fact for FGMS Holdings, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, St 850<br>Dallas, TX 75251 | Mack Brooks, LLC as agent for<br>FGMS Holdings, LLC<br>12672 Silicon Drive, Suite 150<br>San Antonio, TX 78249-3450 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 |
| Nationwide Security<br>2425 W Loop S Ste.300<br>Houston, TX 77027-4207 | Offices of Drew Dennett<br>2450 Wickersham Ln<br>Suite 202<br>Austin, TX 78741-4744 | Omar Khawaja<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 |
| Osama Abdullatif<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | Steadfast 829 Holdings, Inc.<br>c/o Rodney Drinnon<br>McCathern<br>2000 West Loop South Suite 1850<br>Houston, TX 77027-3744 | Tax Lien Loan SPV LLC<br>c/o Johnson & Starr<br>PO Box 28040<br>Austin TX 78755-8040 |
| US Insurance Funding<br>8303 SW Freeway Suite 435<br>Houston, TX 77074-1691 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | WCW HOUSTON PROPERTIES, LLC<br>Attn: Judith Chang - CFO<br>3657 Briarpark Drive, Ste. 188<br>Houston, TX 77042-5267 |
| WCW Houston Properties, LLC<br>Attn: Tami Kim  Broker Associate/Attorne<br>6100 Corporate Drive, Suite 319<br>Houston, TX 77036-3433 | WCW Houston Properties, LLC<br>Howley Law PLLC c/o Eric Terry<br>711 Louisiana Street, Ste 1850<br>Houston, TX 77002-2790 | WCW Houston Properties, LLC<br>Howley Law PLLC, c/o Eric Terry<br>700 Louisiana Street, Ste 700<br>Houston, TX 77002-2873 |
| WCW Houston Properties, LLC<br>c/o M. Kevin Powers<br>Burford Perry, LLP<br>909 Fannin, Suite 2630<br>Houston, Texas 77010-1003 | WCW Houston Properties, LLC<br>c/o Matthew Kevin Powers<br>Burford Perry<br>909 Fannin, Suite 2630<br>Houston, TX 77010-1003 | Wrinkle, Gardner & Company, PC<br>PO Box 1707<br>Friendswood, TX 77549-1707 |
| c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | Mark Curtis Taylor<br>Holland & Knight<br>100 Congress Ave<br>Suite 1800<br>Austin, TX 78701-4042 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

| | | |
|---|---|---|
| Harris County Tax Assessor<br>Po Box 4622<br>Houston, TX 77210-4622 | (d)Harris County, et al<br>P.O. Box 2848<br>Houston, TX 77252 | (d)Harris County, et al.<br>P.O. Box 2848<br>Houston, TX 77252 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)FGMS Holdings, LLC                       End of Label Matrix
12000 Network Blvd., Bldg. B Suite 210      Mailable recipients    53
San Antonio, TX 78249-3353                  Bypassed recipients     1
                                            Total                  54
```

**J & D Contractors LLC**

# CONSTRUCTION PROPOSAL

8050-8090 Westheimer | Houston Texas

**P** 281-786-7618   erick@janddcontractor.com

| CUSTOMER | QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| Texas REIT LLC | 1 | Florida sables+install | $30,000.00 | **$30,000.00** |
| **ESTIMATE NO** | 1 | Tree pruning, grass, mulch, aborist + labor | $64,700.00 | **$64,700.00** |
| M25-101 | 1 | Santorini White paint + labor | $118,000.00 | **$118,000.00** |
| **DATE** | 1 | Blue Roof Paint, caulking, prep + labor | $91,000.00 | **$91,000.00** |
| 3/20/2025 | 9 | Mondern LED scances + electrician labor | $1,100.00 | **$9,900.00** |
| **ADDRESS** | 3 | Parking Lot lights change out | $6,000.00 | **$18,000.00** |
| 8050 Westheimer Rd | 1 | Parking lot striping + pressure washing | $14,000.00 | **$14,000.00** |
| **CITY/STATE/ZIP** | 2 | Marque Sign Refacing | $5,000.00 | **$10,000.00** |
| Houston Tx | 4 | Electrical (installing new cover boxes/fix wires | $200.00 | **$800.00** |
| **PHONE** | 2 | Field supervisors | $5,000.00 | **$10,000.00** |
|  |  |  | SUBTOTAL | **$366,400.00** |
| **E-MAIL** | THIS PROPOSAL INCLUDES THE CONDITIONS NOTED: | | TAX RATE | **8.25%** |
|  | This bid is excluding the former Walgreens. Any new orders that are not defined in the orginial scope of work, will result in a change order. The new request will need to be billed as a separate invoice item. This proposal does not include any unforseen conditions. | | SALES TAX | **$30,228.00** |
|  |  |  | OTHER |  |
|  |  |  | TOTAL | **$396,628.00** |

**SALESPERSON**
Erick Saffary

**PROJECT**
retail center remodel

**PREPARED BY:**

**ATTENTION**
Texas REIT LLC

**PAYMENT TERMS**
25% mobilization upfront

**DUE DATE**
4/19/2025