**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 20, 2025**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | 24-10120-SMR |
| | § | |
| TEXAS REIT, LLC, | § | |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER GRANTING IN PART JUDGMENT CREDITORS'
EXPEDITED MOTION FOR RELIEF FROM STAY**
**(Relates to ECF No. 410)**

On December 11, 2024, Ali Mokaram and Osama Abdullatif (collectively, the "Judgment Creditors") filed their *Expedited Motion for Relief from Stay* (the "Motion for Relief from Stay" at ECF No. 410). The Debtor filed an Objection and Response, and the Judgment Creditors filed a Reply. On January 6, 2025, the Court held a hearing on the Motion for Relief from Stay and took the matter under advisement.

On February 20, 2025, the Court gave its oral ruling in this matter. For the reasons set forth on the record at the February 20, 2025 oral ruling, the Court has determined that the Motion for Relief from Stay should be granted in part and denied in part.

Accordingly,

**IT IS THEREFORE ORDERED** that regarding the cases *Mokaram-Latif West Loop, Ltd., et al. v. Choudhr*i, Cause No. 2012-27197-A, [1] pending in the 333rd Judicial District Court of Harris County, Texas, and *Mokaram-Latif West Loop, Ltd. v. Choudhri, et al.*, Cause No. 2012-27197-D,[2] also pending in the 333rd Judicial District Court of Harris County, Texas (the "<u>State Court Actions</u>"), the automatic stay does not apply to actions asserted by the Judgment Creditors against Ali Choudhri personally and his personal assets.

**IT IS FURTHER ORDERED** that the automatic stay regarding the Debtor or the bankruptcy estate is not lifted. The Judgment Creditors are not permitted to and shall not seek any relief in the State Court Actions against the Debtor, the Debtor's real or personal property, and/or any property of the bankruptcy estate. The Judgment Creditors are only permitted to pursue Ali Choudhri individually, for his personal assets. However, the Judgment Creditors may not pursue any interest Ali Choudhri holds in the Debtor, any assets of the Debtor, or any property of the bankruptcy estate, without further order of this Court.

**IT IS FURTHER ORDERED** that the Judgment Creditors are not permitted to seek any relief in the State Court Actions that would interfere with the bankruptcy process, the Debtor's plan confirmation, and/or the liquidation of the Debtor's real or personal property, or any property of the bankruptcy estate.

**IT IS FURTHER ORDERED** that this Order does not find that any party is entitled to recover any amount against the Debtor and/or property of the bankruptcy estate.

---

[1] The Court remanded this case back to state court by its Order at ECF No. 31 in adversary case no. 24-01049.
[2] The Court remanded this case back to state court by its Order at ECF No. 30 in adversary case no. 24-01050.

**IT IS FURTHER ORDERED** that collection or enforcement of any judgment, remedy, constructive trust, sanctions, or penalties against the Debtor and/or property of the bankruptcy estate, remains under the exclusive jurisdiction of this Court.

**IT IS FURTHER ORDERED** that the automatic stay is modified only as to the State Court Actions and only to the extent set forth herein and not with regard to any other matters or issues.

**IT IS FURTHER ORDERED** that any state court receiver appointed in the State Court Actions shall not seek to exercise control over the Debtor and/or property of the estate, shall not pursue any interest Ali Choudhri holds in the Debtor or any assets of the Debtor without further order of this Court, and shall not interfere with the bankruptcy process, the Debtor's plan confirmation, and/or the liquidation of the Debtor's or the bankruptcy estate's real or personal property.

**IT IS FURTHER ORDERED** that all relief not explicitly granted herein is **DENIED.**

**IT IS FURTHER ORDERED** that to the extent an irreconcilable conflict exists between the Court's oral ruling and this Order, this Order shall control.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

# # #