

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 21, 2025.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 24-10120-smr** |
| | § | |
| **Texas REIT, LLC,** | § | |
| | § | |
| | § | |
| **Debtor.** | § | **Chapter 11** |

### ORDER SETTING HEARING ON WCW PROPERTIES, LLC'S
### MOTION TO APPOINT TRUSTEE
**(Relates to ECF No. 506)**

On March 10, 2025, WCW Properties, LLC ("WCW") filed its *Motion to Appoint Trustee* (the "Motion" at ECF No. 506). On March 20, 2025, the Court held a status conference in this case, and the Debtor's counsel, the Debtor's principal (Ali Choudhri), the United States Trustee, WCW's counsel, and several other attorneys appeared. The Court discussed WCW's *Motion to Appoint Trustee* on the record and has determined that the Motion should be set for hearing on March 27, 2025 pursuant Federal Rule of Bankruptcy Procedure 9006(c). The Court finds cause exists to shorten the notice period for the Motion because this case has been on file for over one (1) year, a history of delay is present, and many parties—including the Debtor's counsel and the

Debtor's principal—were directly notified of the Court's intention to set the Motion for hearing on March 27, 2025 by the Court on the record at the March 20, 2025 status hearing. Accordingly,

**IT IS THEREFORE ORDERED** that WCW's *Motion to Appoint Trustee* at ECF No. 506 is set for hearing on **Thursday, March 27, 2025 at 10:00 A.M. (CT) via Zoom.** Zoom URL: https://www.zoomgov.com/my/robinson.txwb. Call-in number: 669-254-5252; Meeting ID: 161 0862 5245.

**IT IS FURTHER ORDERED** that all exhibits shall be submitted to the Court and exchanged by the parties **prior to Monday, March 24, at 11:59 P.M. (CT).**

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #