**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| | § | Case No. 24-10120-smr |
| Texas REIT, LLC | § § | |
| Debtor | § § | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Barron & Newburger, P.C., and files this Motion to Withdraw as Counsel for Debgtor, and in support thereof would show the following:

1. Barron & Newburger, P.C. was approved as counsel for the Debtor in Possession in this case.

2. On April 11, 2025, the Court ordered appointment of a Chapter 11 trustee.

3. On April 17, 2025, the U.S. Trustee filed an application for approval of Dawn Ragan to be Chapter 11 trustee.

4. Under 11 U.S.C. Sec. 330(a), counsel for the Debtor is not entitled to compensation from the estate after appointment of a Chapter 11 trustee.

5. Under 11 U.S.C. Sec. 1109(b), the Debtor is a party with the right to appear and be heard in a Chapter 11 case.

6. Because of the structure of the Bankruptcy Code, Debtor's counsel may have the right and obligation to appear but not to be compensated.

7. Counsel for a debtor after appointment of a trustee essentially represents the interest of debtor's equity holders. Two out of three of debtor's equity holders, representing

95% of membership interest are represented by counsel. Specifically, Mr. Choudhri and Mr. Mokaram are represented by counsel. As a result, the interests of debtor's equity holders are adequately represented without a separate counsel for the debtor.

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(866) 476-9103

/s/ Stephen Sather
Stephen Sather
State Bar No 17657520
**ATTORNEY FOR BARRON & NEWBURGER, P.C.**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was served by first class mail, postage prepaid and properly addressed, on April 21, 2025 to all parties listed on the attached Service List, to the persons listed below by email and electronically by the Court's ECF system to all parties registered to receive such service.

/s/ Stephen Sather
Stephen Sather

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 24-10120-smr<br>Western District of Texas<br>Austin<br>Wed Feb 12 14:11:47 CST 2025 | Texas REIT, LLC<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 | United States Trustee (SMG111)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | AGAPE<br>6161 Savoy Drive Suite 500<br>Houston, TX 77036-3326 | Affordable Dumpster Rentals<br>6520 US Hwy 301 S Suite 112<br>Riverview, FL 33578-4324 |
| Akin Gump Strauss Hauer & Feld LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, TX 77002-5225 | Ali Choudhri<br>2425 West Loop St 11 FL<br>Houston TX 77027 | Amina Properties, L.L.C.<br>c/o T. Josh Judd<br>Andrews Myers, P.C.<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4175 |
| Caz Creek Holdings 2, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, St 850<br>Dallas, TX 75251 | Caz Creek Holdings 2, LLC as Custodian for<br>CCH TX2, LLC<br>14800 Landmark Blvd., Suite 400<br>Dallas, TX 75254-7598 | Caz Creek Lending<br>118 Vintage Park Blvd No. W<br>Houston, TX 77070-4095 |
| City of Houston<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Clark Hill PC<br>500 Woodward Ave Suite 3500<br>Detroit, MI 48226-3485 | Competition Roofing, Inc.<br>7310 Fairview Street<br>Houston, TX 77041-2106 |
| Cypress BridgeCo, LLC and Magnolia BridgeCo<br>c/o McDowell Hetherington LLP<br>ATTN: Robert P. Debelak III<br>1001 Fannin St., Ste. 2400<br>Houston, TX 77002-6706 | Cypress BridgeCo, LLC and Magnolia BridgeCo,<br>c/o McDowell Hetherington LLP<br>ATTN: Matthew W. Bourda<br>1001 Fannin St., Ste. 2400<br>Houston, TX 77002-6706 | Dalio Holdings I, LLC<br>2425 West Loop South Suite 77027-4210 |
| Dalio Holdings I, LLC<br>c/o Willian Choslovsky<br>300 S. Wacker Drive, Suite 2750<br>Chicago, IL 60606-6782 | Dalio Holdings II, LLC<br>c/o Willian Choslovsky<br>300 S. Wacker Drive, Suite 2750<br>Chicago, IL 60606-6782 | Drew Dennett<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 |
| FGMS Holdings, LLC<br>12000 Network Blvd., Bldg. B Suite 210<br>San Antonio, TX 78249-3353 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2848<br>HOUSTON TX 77252-2848 | Houston Community College System<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Houston ISD<br>P.O.Box 4668<br>Houston, TX 77210-4668 | Houston ISD<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | IPFS Corporation<br>30 Montgomery Street, Suite 501<br>Jersey City, NJ 07302-3821 |
| IPFS Corporation<br>PO Box 412086<br>Kansas City, MO 64141-2086 | JLM Law, PLLC<br>1001 West Loop South<br>Ste 700<br>Houston, TX 77027-9033 | Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 |

| | | |
|---|---|---|
| John Quinlan<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | John Quinlan, Omar Khawaja, and Osama Abdull<br>c/oSteve Leyh Hoover Slovacek LLP<br>Galleria Tower 2, 5051 Westheimer, Ste 1<br>Houston, Texas 77056<br>Houston, TX 77056-5622 | Johnson & Starr, Agent for<br>Tax Lien Loan SPV LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd #850<br>Dallas TX 75251-1364 |
| Mack Brooks, LLC as agent and<br>attorney in fact for FGMS Holdings, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, St 850<br>Dallas, TX 75251 | Mack Brooks, LLC as agent for<br>FGMS Holdings, LLC<br>12672 Silicon Drive, Suite 150<br>San Antonio, TX 78249-3450 | Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 |
| Nationwide Security<br>2425 W Loop S Ste.300<br>Houston, TX 77027-4207 | Offices of Drew Dennett<br>2450 Wickersham Ln<br>Suite 202<br>Austin, TX 78741-4744 | Omar Khawaja<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 |
| Osama Abdullatif<br>c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | Steadfast 829 Holdings, Inc.<br>c/o Rodney Drinnon<br>McCathern<br>2000 West Loop South Suite 1850<br>Houston, TX 77027-3744 | Tax Lien Loan SPV LLC<br>c/o Johnson & Starr<br>PO Box 28040<br>Austin TX 78755-8040 |
| US Insurance Funding<br>8303 SW Freeway Suite 435<br>Houston, TX 77074-1691 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | WCW HOUSTON PROPERTIES, LLC<br>Attn: Judith Chang - CFO<br>3657 Briarpark Drive, Ste. 188<br>Houston, TX 77042-5267 |
| WCW Houston Properties, LLC<br>Attn: Tami Kim Broker Associate/Attorne<br>6100 Corporate Drive, Suite 319<br>Houston, TX 77036-3433 | WCW Houston Properties, LLC<br>Howley Law PLLC c/o Eric Terry<br>711 Louisiana Street, Ste 1850<br>Houston, TX 77002-2790 | WCW Houston Properties, LLC<br>Howley Law PLLC, c/o Eric Terry<br>700 Louisiana Street, Ste 700<br>Houston, TX 77002-2873 |
| WCW Houston Properties, LLC<br>c/o M. Kevin Powers<br>Burford Perry, LLP<br>909 Fannin, Suite 2630<br>Houston, Texas 77010-1003 | WCW Houston Properties, LLC<br>c/o Matthew Kevin Powers<br>Burford Perry<br>909 Fannin, Suite 2630<br>Houston, TX 77010-1003 | Wrinkle, Gardner & Company, PC<br>PO Box 1707<br>Friendswood, TX 77549-1707 |
| c/o Steven A. Leyh<br>Hoover Slovacek, LLP<br>5051 Westheimer, Suite 1200<br>Houston, Texas 77056-5839 | Mark Curtis Taylor<br>Holland & Knight<br>100 Congress Ave<br>Suite 1800<br>Austin, TX 78701-4042 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Harris County Tax Assessor<br>Po Box 4622<br>Houston, TX 77210-4622 | (d)Harris County, et al<br>P.O. Box 2848<br>Houston, TX 77252 | (d)Harris County, et al.<br>P.O. Box 2848<br>Houston, TX 77252 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)FGMS Holdings, LLC                    End of Label Matrix
12000 Network Blvd., Bldg. B Suite 210   Mailable recipients   53
San Antonio, TX 78249-3353               Bypassed recipients    1
                                         Total                 54
```