# UNITED STATES BANKRUPTCY COURT

Western DISTRICT OF Texas

Austin

In Re. Texas REIT, LLC § Case No. 24-10120
§
§
Debtor(s) §

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2025          Petition Date: 02/06/2024

Months Pending: 17          Industry Classification: 5 3 1 1

Reporting Method:     Accrual Basis ☐     Cash Basis ⦿

Debtor's Full-Time Employees (current):     0

Debtor's Full-Time Employees (as of date of order for relief):     0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Dawn M. Ragan                         Dawn M. Ragan, Chapter 11 Trustee
Signature of Responsible Party            Printed Name of Responsible Party

08/06/2025
Date

                                          13355 Noel Rd, Suite 2005, Dallas TX 75240
                                          Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/23/2022)          1

| Debtor's Name | Texas REIT, LLC | Case No. | 24-10120 |
|---|---|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $607,060 | |
| b. Total receipts (net of transfers between accounts) | $60,341 | $900,141 |
| c. Total disbursements (net of transfers between accounts) | $71,561 | $328,452 |
| d. Cash balance end of month (a+b-c) | $595,840 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $71,561 | $328,452 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯   Market ◯   Other ●   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $19,541 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $312,400 |
| j. Total postpetition debt (f+h) | $19,541 |
| k. Prepetition secured debt | $1,841,555 |
| l. Prepetition priority debt | $13,855,502 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $15,716,598 |
| o. Ending equity/net worth (e-n) | $-15,716,598 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $60,341 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $60,341 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $15,272 | |
| f. Other expenses | $55,539 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $750 | |
| k. Profit (loss) | $-11,220 | $571,424 |

UST Form 11-MOR (12/23/2022)                    2

Debtor's Name: Texas REIT, LLC    Case No. 24-10120

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $10,275 | $10,275 | $10,275 | $10,275 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | CR3 Partners - Expenses Only | Other | $10,275 | $10,275 | $10,275 | $10,275 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Texas REIT, LLC Case No. 24-10120

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

Debtor's Name Texas REIT, LLC                                          Case No. 24-10120

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name Texas REIT, LLC                                   Case No. 24-10120

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name Texas REIT, LLC                                                                                      Case No. 24-10120

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  Texas REIT, LLC                                    Case No.  24-10120

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ◯  No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ◯  No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯  No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ◯ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ◯ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ◯ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯  No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯  No ◯  N/A ⦿ |
| i. | Do you have:  Worker's compensation insurance? | Yes ◯  No ⦿ |
| | If yes, are your premiums current? | Yes ◯  No ◯  N/A ⦿  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿  No ◯ |
| | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯  (if no, see Instructions) |
| | General liability insurance? | Yes ⦿  No ◯ |
| | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯  No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ◯  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ◯ |

Debtor's Name: Texas REIT, LLC    Case No. 24-10120

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Dawn M. Ragan                           Dawn M. Ragan
Signature of Responsible Party              Printed Name of Responsible Party

Chapter 11 Trustee                          08/06/2025
Title                                       Date

Debtor's Name Texas REIT, LLC  Case No. 24-10120


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name Texas REIT, LLC  Case No. 24-10120

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/23/2022)  11

Debtor's Name Texas REIT, LLC  Case No. 24-10120


PageThree


PageFour

**Texas REIT, LLC**
**Income Statement**

| Account Name | Apr-25 | May-25 | Jun-25 |
|---|---|---|---|
| Rent Income | $40,399 | $40,670 | $60,336 |
| Other Income | | | |
| **Net Sales** | **$40,399** | **$40,670** | **$60,336** |
| | | | |
| **Operating Expenses:** | | | |
| Administration | | $133 | |
| Fire Safety | | | |
| Repairs & Maintenance | | $3,245 | $55,539 |
| Security | | | $150 |
| Waste Removal | | | |
| Travel Related | | | $10,275 |
| Professional Fees | | | |
| Utilities | $167 | $152 | $153 |
| Insurance | | $4,902 | $4,669 |
| Bank Fee | | | $25 |
| Licenses & Permits | | | |
| US Trustee Qtly Payment | | | $750 |
| Sale Expenses | | | |
| **Total Operating Expenses** | **$167** | **$8,431** | **$71,561** |
| | | | |
| **Operating Profit (Loss)** | **$40,232** | **$32,239** | **-$11,225** |
| | | | |
| **Other Income:** | | | |
| Interest Income | $5 | $5 | $5 |
| Other Income | | | |
| **Profit (Loss) Before Taxes** | **$40,237** | **$32,244** | **-$11,220** |
| | | | |
| **Beginning Cash** | $534,579 | $574,816 | $607,060 |
| **Net Change** | $40,237 | $32,244 | -$11,220 |
| **Ending Cash** | $574,816 | $607,060 | $595,840 |

**Notes:**
**Chapter 11 Trustee appointed April 2025.**
**Certain balances have not been verified and subject to adjustment.**

# Navigate Business Checking

June 30, 2025 ▪ Page 1 of 5



TEXAS REIT LLC
DEBTOR IN POSSESSION
CH11 CASE #24-10120 (WTX)
C/O CR3 PARTNERS
13355 NOEL RD STE 2005
DALLAS TX 75240-6635

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

This June, be wary of scams targeting older and vulnerable adults

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from common scams, including:

- Investment scams, where the scammer makes friends with you on social media then offers to show you how to invest in crypto. Watch out for promises of big returns, suggestions to invest in crypto or requests to wire money.

- Tech Imposter scams, where scammers pose as legitimate tech support to convince you to give them access to your device. They can then plant fake evidence of fraud and pass you to another scammer posing as your bank, who asks you to wire money or courier cash or gold to "keep it safe". Wells Fargo will never ask you to do this. Watch out for unsolicited contact from "tech support" scammers. Never give up access to your device or accounts.

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate the who and the why. You are in control when it's your money.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $607,060.15 |
| Deposits/Credits | 60,340.86 |
| Withdrawals/Debits | - 71,560.73 |
| Ending balance on 6/30 | $595,840.28 |

Account number: 1423337730 (primary account)
TEXAS REIT LLC
DEBTOR IN POSSESSION
CH11 CASE #24-10120 (WTX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $5.01 |
| Average collected balance | $609,590.51 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $5.01 |
| Interest paid this year | $27.06 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/2 | | WT Fed#05539 Jpmorgan Chase Ban /Org=Domain Bar & Grill LLC Srf# 3452965153Es Trn#250602051385 Rfb# Bmg of 25/06/02 | 19,119.00 | | |
| 6/2 | | AP Gas & Electri Affordable M121055097315 Texas Reit, LLC | | 147.56 | 626,031.59 |
| 6/3 | | First Cash, Inc. Cash Conc 525665 Texas Reit LLC | 16,770.84 | | 642,802.43 |
| 6/4 | | AP Gas & Electri Affordable M121061521829 Texas Reit, LLC | | 5.48 | 642,796.95 |
| 6/9 | | Mobile Deposit : Ref Number :013090233273 | 4,200.00 | | 646,996.95 |
| 6/11 | | WT Fed#09458 Jpmorgan Chase Ban /Org=Sun Dental Group PA Srf# 3505365162Es Trn#250611151666 Rfb# Bmg of 25/06/11 | 4,780.01 | | 651,776.96 |
| 6/12 | | WT 250612-151762 PNC Bank, National /Bnf=Cotton Commercial USA Inc Srf# Ow00005778475378 Trn#250612151762 Rfb# Ow00005778475378 | | 18,060.07 | |
| 6/12 | | Zelle to Wolfpack Protection on 06/12 Ref #Rp0Yx9D2C8 | | 150.00 | 633,566.89 |
| 6/13 | | WT 250613-087461 PNC Bank, National /Bnf=Cotton Commercial USA Inc Srf# Ow00005781425487 Trn#250613087461 Rfb# Ow00005781425487 | | 21,679.09 | |
| 6/13 | < | Business to Business ACH Debit - Ables Constructi Contractor Texas Reit LLC Texas R | | 12,800.00 | 599,087.80 |
| 6/16 | < | Business to Business ACH Debit - Ipfs800-247-6129 Ipfspmttxh E58927 Texas Reit, LLC | | 4,668.88 | 594,418.92 |
| 6/18 | | Wire Trans Svc Charge - Sequence: 250618089463 Srf# Ow00005797490091 Trn#250618089463 Rfb# Ow00005797490091 | | 25.00 | |
| 6/18 | | WT Fed#08885 Regions Bank /Ftr/Bnf=CR3 Partners LLC Srf# Ow00005797490091 Trn#250618089463 Rfb# Ow00005797490091 | | 10,274.65 | |
| 6/18 | | Zelle to Carranza Octavio on 06/18 Ref #Rp0Yxw7Sz6 Test | | 1.00 | |
| 6/18 | | Zelle to Carranza Octavio on 06/18 Ref #Rp0Yxwg9Lb TX Reit Services and Exps Thru Today | | 1,999.00 | 582,119.27 |
| 6/20 | | Mobile Deposit : Ref Number :214200467490 | 2,333.00 | | 584,452.27 |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/25 | | WT Fed#09909 Jpmorgan Chase Ban /Org=Sun Dental Group PA Srf# 3183665176Es Trn#250625051197 Rfb# Bmg of 25/06/25 | 9,000.00 | | 593,452.27 |
| 6/26 | < | Business to Business ACH Debit - Quarterly Fee Payment 250625 0000 Texas Reit LLC | | 750.00 | 592,702.27 |
| 6/27 | | Mobile Deposit : Ref Number :617270561388 | 2,333.00 | | |
| 6/27 | | Zelle to Carranza Octavio on 06/27 Ref #Pp0Yys6Xwh This Week | | 1,000.00 | 594,035.27 |
| 6/30 | | Zelle From Yashigorbis LLC on 06/30 Ref # Jpm99Be0Gmcv | 1.00 | | |
| 6/30 | | Zelle From Yashigorbis LLC on 06/30 Ref # Jpm99Be0Hec8 | 1.00 | | |
| 6/30 | | Zelle From Yashigorbis LLC on 06/30 Ref # Jpm99Be1Yvmx | 1.00 | | |
| 6/30 | | Zelle From Yashigorbis LLC on 06/30 Ref # Jpm99Be2Jm48 | 1,000.00 | | |
| 6/30 | | Zelle From Yasmari Barrera Fonseca on 06/30 Ref # Bacyt848J5IM | 797.00 | | |
| 6/30 | | Interest Payment | 5.01 | | 595,840.28 |
| Totals | | | $60,340.86 | $71,560.73 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:* *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2025 - 06/30/2025 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $10,000.00 | $582,119.27 ÷ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $610,692.35 ÷ |
|   - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
|   - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
|   - Average ledger balance in your Business Time Account (CD) | | |

WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 15 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |