# UNITED STATES BANKRUPTCY COURT

Western DISTRICT OF Texas

Austin

In Re. Texas REIT, LLC § § § §  Case No. 24-10120

Debtor(s)

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2025  Petition Date: 02/06/2024

Months Pending: 18  Industry Classification: 5 3 1 1

Reporting Method:  Accrual Basis ☐  Cash Basis ⦿

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Dawn M. Ragan  Dawn M. Ragan, Chapter 11 Trustee
Signature of Responsible Party  Printed Name of Responsible Party

08/06/2025
Date

13355 Noel Rd, Suite 2005, Dallas TX 75240
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/23/2022)  1

| Debtor's Name | Texas REIT, LLC | Case No. | 24-10120 |
|---|---|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---:|---:|
| a. Cash balance beginning of month | $595,840 | |
| b. Total receipts (net of transfers between accounts) | $44,107 | $944,242 |
| c. Total disbursements (net of transfers between accounts) | $21,770 | $350,222 |
| d. Cash balance end of month (a+b-c) | $618,177 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $21,770 | $350,222 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---:|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $19,541 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $312,400 |
| j. Total postpetition debt (f+h) | $19,541 |
| k. Prepetition secured debt | $1,841,555 |
| l. Prepetition priority debt | $13,855,502 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $15,716,598 |
| o. Ending equity/net worth (e-n) | $-15,716,598 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---:|---:|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | $44,107 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $44,107 | |
| d. Selling expenses | $7,995 | |
| e. General and administrative expenses | $8,314 | |
| f. Other expenses | $5,461 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $22,337 | $593,762 |

UST Form 11-MOR (12/23/2022)　　　　2

Debtor's Name: Texas REIT, LLC  Case No. 24-10120

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $10,275 | $0 | $10,275 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | CR3 Partners - Expenses Only | Other | $0 | $10,275 | $0 | $10,275 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| Debtor's Name | Texas REIT, LLC | | | | Case No. | 24-10120 |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

| Debtor's Name | Texas REIT, LLC | | | Case No. | 24-10120 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | $0 | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | $0 | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| Debtor's Name | Texas REIT, LLC | | | | Case No. | 24-10120 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name Texas REIT, LLC Case No. 24-10120

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name Texas REIT, LLC             Case No. 24-10120

|     | xcix |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
|     | c |  |  |  |  |  |
| c.  | All professional fees and expenses (debtor & committees) |  |  |  |  |  |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
| --- | --- | --- |
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
| --- | --- | --- |
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have: Worker's compensation insurance? | Yes ○  No ● |
|    | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
|    | Casualty/property insurance? | Yes ●  No ○ |
|    | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
|    | General liability insurance? | Yes ●  No ○ |
|    | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

| Debtor's Name | Texas REIT, LLC | Case No. | 24-10120 |
|---|---|---|---|

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Dawn M. Ragan | Dawn M. Ragan |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chapter 11 Trustee | 08/06/2025 |
| Title | Date |

UST Form 11-MOR (12/23/2022)   9

Debtor's Name Texas REIT, LLC　　　　　　　　　　　　　　　　　　　　Case No. 24-10120


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name Texas REIT, LLC                                    Case No. 24-10120



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Texas REIT, LLC　　　　　　　　　　　　　　　　　　　　Case No. 24-10120


PageThree


PageFour

UST Form 11-MOR (12/23/2022)　　　　12

**Texas REIT, LLC**
**Income Statement**

| Account Name | May-25 | Jun-25 | Jul-25 |
|---|---|---|---|
| Rent Income | $40,670 | $60,336 | $44,102 |
| Other Income | | | |
| **Net Sales** | **$40,670** | **$60,336** | **$44,102** |
| | | | |
| **Operating Expenses:** | | | |
| Administration | $133 | | |
| Fire Safety | | | $2,325 |
| Repairs & Maintenance | $3,245 | $55,539 | $3,136 |
| Security | | $150 | |
| Waste Removal | | | |
| Travel Related | | $10,275 | |
| Professional Fees | | | |
| Utilities | $152 | $153 | $135 |
| Insurance | $4,902 | $4,669 | $8,179 |
| Bank Fee | | $25 | |
| Licenses & Permits | | | |
| US Trustee Qtly Payment | | $750 | |
| Sale Expenses | | | $7,995 |
| **Total Operating Expenses** | **$8,431** | **$71,561** | **$21,770** |
| | | | |
| **Operating Profit (Loss)** | **$32,239** | **-$11,225** | **$22,332** |
| | | | |
| **Other Income:** | | | |
| Interest Income | $5 | $5 | $5 |
| Other Income | | | |
| **Profit (Loss) Before Taxes** | **$32,244** | **-$11,220** | **$22,337** |
| | | | |
| **Beginning Cash** | $574,816 | $607,060 | $595,840 |
| **Net Change** | $32,244 | -$11,220 | $22,337 |
| **Ending Cash** | $607,060 | $595,840 | $618,177 |

**Notes:**
**Chapter 11 Trustee appointed April 2025.**
**Certain balances have not been verified and subject to adjustment.**

# Navigate Business Checking
July 31, 2025 ■ Page 1 of 5



TEXAS REIT LLC
DEBTOR IN POSSESSION
CH11 CASE #24-10120 (WTX)
C/O CR3 PARTNERS
13355 NOEL RD STE 2005
DALLAS TX 75240-6635

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

Beware of bank impersonation scams.

Five signs that you're speaking to a scammer posing as Wells Fargo:

1. You're asked to provide your online banking password, PIN, or a verification code. Wells Fargo will not contact you and request this.
2. You're told you need to return your card, wire money, make a cash withdrawal, purchase a cashier's check, or deposit money at a crypto or bank ATM. Wells Fargo will never ask you to move or send money in any form to another account or a person to protect it.
3. You're advised to keep the conversation secret due to an "investigation" or for your protection.
4. The person you're talking to will not allow you to end the call or text. A real Wells Fargo employee would not pressure you to continue a conversation.
5. You're given exact steps for how to complete a transaction, including how to respond to any bank employee questions.

When in doubt, check it out. Contact us to verify any transactions or suspicious contact. You're in charge when it comes to your money. Learn more at wellsfargo.com/nophishing.



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $595,840.28 |
| Deposits/Credits | 44,107.11 |
| Withdrawals/Debits | - 21,769.97 |
| Ending balance on 7/31 | $618,177.42 |

Account number: 1423337730  (primary account)
TEXAS REIT LLC
DEBTOR IN POSSESSION
CH11 CASE #24-10120 (WTX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $5.26 |
| Average collected balance | $619,557.10 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $5.26 |
| Interest paid this year | $32.32 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 7/1 | | First Cash, Inc. Cash Conc 525665 Texas Reit LLC | 16,770.84 | | |
| 7/1 | | WT Fed#01284 Jpmorgan Chase Ban /Org=Domain Bar & Grill LLC Srf# 3653255182Es Trn#250701095458 Rfb# Bmg of 25/07/01 | 10,119.00 | | |
| 7/1 | | WT Fed#03047 Jpmorgan Chase Ban /Org=Sun Dental Group PA Srf# 4185855182Es Trn#250701241723 Rfb# Bmg of 25/07/01 | 4,780.01 | | 627,510.13 |
| 7/2 | | AP Gas & Electri Affordable M121106569156 Texas Reit, LLC | | 129.98 | 627,380.15 |
| 7/3 | | Zelle From Happy Teahouse LLC on 07/03 Ref # Jpm99Bef4lex Happy Teahouse Rent Thank You | 1,000.00 | | 628,380.15 |
| 7/7 | | Zelle From Happy Teahouse LLC on 07/04 Ref # Jpm99Bekrzo4 Happy Teahouse Rent Thank You | 1,000.00 | | |
| 7/7 | | Zelle From Happy Teahouse LLC on 07/07 Ref # Jpm99Beuyssg Happy Teahouse Rent | 433.00 | | |
| 7/7 | | Purchase authorized on 07/03 Bts*Centuryfire 770-945-2330 GA S305184628824041 Card 4280 | | 2,325.00 | |
| 7/7 | | Zelle to Carranza Octavio on 07/07 Ref #Pp0Yzrz7Bk Last Week | | 500.00 | |
| 7/7 | | AP Gas & Electri Affordable M121112238712 Texas Reit, LLC | | 5.48 | |
| 7/7 | < | Business to Business ACH Debit - Arthur B. Levine Payments 250703 25134358 Texas Reit LLC | | 3,510.00 | |
| 7/7 | < | Business to Business ACH Debit - Ipfs800-247-6129 Ipfspmttxh E58927 Texas Reit, LLC | | 4,668.88 | 618,803.79 |
| 7/11 | | Zelle From Happy Teahouse LLC on 07/11 Ref # Jpm99Bfb1Ree Happy Teahouse Rent Thank You | 2,333.00 | | |
| 7/11 | | Bryan and Bryan and St-K2H1V5S1P9W4 Texas Reit LLC | | 3,394.00 | 617,742.79 |
| 7/14 | | Zelle to Carranza Octavio on 07/12 Ref #Pp0Z2Bysf3 Last Week | | 800.00 | 616,942.79 |
| 7/18 | | Zelle From Happy Teahouse LLC on 07/18 Ref # Jpm99BG6Bqtc Happy Teahouse Rent Thank You | 2,333.00 | | 619,275.79 |
| 7/21 | | Zelle to Carranza Octavio on 07/20 Ref #Pp0Z35Db6P Last Week | | 1,000.00 | 618,275.79 |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/25 | < | Business to Business ACH Debit - Gruller Surveyin Sale 250725 Texas Reit LLC | | 4,600.63 | 613,675.16 |
| 7/28 | | Zelle From Samuel Chang on 07/28 Ref # Jpm99Bhbe0PC Happy Teahouse Rent Thank You | 2,333.00 | | |
| 7/28 | | Zelle to Carranza Octavio on 07/26 Ref #Pp0Z3Nyssx Last Week | | 836.00 | 615,172.16 |
| 7/29 | | Zelle From Yashigorbis LLC on 07/29 Ref # Jpm99Bhh8Fkk | 3,000.00 | | 618,172.16 |
| 7/31 | | Interest Payment | 5.26 | | 618,177.42 |
| Totals | | | $44,107.11 | $21,769.97 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2025 - 07/31/2025 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $10,000.00 | $613,675.16 ÷ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $619,603.26 ÷ |
|   - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
|   - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
|   - Average ledger balance in your Business Time Account (CD) | | |

WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 10 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



## ✓ IMPORTANT ACCOUNT INFORMATION