UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
GARY WRIGHT
ASSISTANT UNITED STATES TRUSTEE
SHANE P. TOBIN
TRIAL ATTORNEY
903 SAN JACINTO BLVD, ROOM 230
AUSTIN, TX 78701
Telephone: (512) 916-5328

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| TEXAS REIT, LLC, | § | Case No. 24-10120-smr |
| | § | |
| DEBTOR. | § | |

**UNITED STATES TRUSTEE'S AMENDED APPLICATION FOR ORDER APPROVING APPOINTMENT OF GREGORY S. MILLIGAN AS CHAPTER 11 TRUSTEE**

Kevin M. Epstein, United States Trustee for Region 7 (Applicant), hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving Appointment of Gregory S. Milligan as Chapter 11 Trustee, and in support thereof, states as follows:

1. Applicant appointed Gregory S. Milligan (Trustee) as Chapter 11 Trustee in the bankruptcy case of Texas Reit, LLC (Debtor), case number 24-10120, on August 13, 2025. *See* Exhibit A, Amended Notice of Appointment of Chapter 11 Trustee. A Verified Statement from Gregory S. Milligan is attached hereto as Exhibit B.

2. Counsel for Applicant consulted or invited comment from the following parties in interest regarding the appointment of the Chapter 11 Trustee:

   a) Stephen Sather, on behalf of Debtor.

   b) Kevin Powers, on behalf of WCW Houston Properties, LLC.

   c) Eric Terry, on behalf of WCW Houston Properties, LLC.

   d) T. Michael Ballases, on behalf of Osama Abdullatif, Omar Khawaja, and John Quinlan.

   e) Tyler Sponsel, on behalf of George M. Lee.

   f) Lydia Webb and Scott Funk, on behalf of Ali Mokaram.

3. To the best of Applicant's knowledge, the Trustee's connections with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

WHEREFORE, Applicant requests that the Court enter an Order Approving Appointment of Gregory S. Milligan as Chapter 11 Trustee in the bankruptcy case of Texas Reit, LLC, case number 24-10120.

Dated: August 14, 2025

Respectfully submitted,

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By: */s/ Shane P. Tobin*
    Shane P. Tobin
    Trial Attorney
    CA State Bar No. 317282
    903 San Jacinto Blvd., Room 230
    Austin, TX 78701
    Phone: (512) 916-5328
    Shane.P.Tobin@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I forwarded a true and correct copy of the foregoing **UNITED STATES TRUSTEE'S AMENDED APPLICATION FOR ORDER APPROVING APPOINTMENT OF GREGORY S. MILLIGAN AS CHAPTER 11 TRUSTEE** by prepaid first-class mail and/or by electronic means for all Pacer system participants to the parties listed on the attached mailing matrix (not attached to service copies) on August 14, 2025.

By: */s/ Shane P. Tobin*
Shane P. Tobin
Trial Attorney