UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
GARY WRIGHT
ASSISTANT UNITED STATES TRUSTEE
SHANE P. TOBIN
TRIAL ATTORNEY
903 SAN JACINTO BLVD, ROOM 230
AUSTIN, TX 78701
Telephone: (512) 916-5328

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| TEXAS REIT, LLC, | § | Case No. 24-10120-smr |
| | § | |
| DEBTOR. | § | |

## AMENDED NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To: Gregory S. Milligan
    8911 N. Capital of Texas Highway, Suite 2120
    Austin, Texas 78759
    (512) 464-1139

    Pursuant to the Order of this Court entered on April 11, 2025, at docket # 577 directing the United States Trustee to appoint a chapter 11 trustee in the bankruptcy case of Texas Reit, LLC, case number 24-10120, the United States Trustee hereby appoints Gregory S. Milligan to serve as the chapter 11 trustee.

    The chapter 11 trustee bond is initially set at $950,000.00. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

    This appointment is made the 14th day of August, 2025.

1

2

Dated: August 14, 2025     Respectfully submitted,

                                       KEVIN M. EPSTEIN
                                       United States Trustee Region 7
                                       Southern and Western Districts of Texas

                                   By: */s/ Shane P. Tobin*
                                       Shane P. Tobin
                                       Trial Attorney
                                       CA State Bar No. 317282
                                       903 San Jacinto Blvd., Room 230
                                       Austin, TX 78701
                                       Phone: (512) 916-5328
                                       Shane.P.Tobin@usdoj.gov