**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**_____ DIVISION**

IN RE:

Case No: _____

Chapter _____

## <u>MOTION FOR ADMISSION PRO HAC VICE</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____ ("Applicant") moves

this court to grant admission to the United States Bankruptcy Court for the Western

District of Texas *pro hac vice* to represent _____ in this case,

and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the

   name of)

   _____,

   with offices at

   Mailing address: _____

   City, State, Zip: _____

   Telephone: _____ Fax: _____

   Email Address: _____

2. Since _____, Applicant has been and

   presently is a member of and in good standing with the Bar of the State of

   _____. Cr r rŀecpvju'dct'rŀegpug'pwo dgt'ku'aaaaaaaaaaaaaaaaaaaaaaa0

3.  Applicant has been admitted to practice before the following state and federal

courts:

Court:                                          Admission date:

_____         _____

_____         _____

_____         _____

_____         _____

4.  Applicant is presently a member in good standing of the bars of the courts listed

above, and is not currently suspended or disbarred in any other court, except as

provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

_____

_____

5.  Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except

as provided below:

_____

_____

6.  Applicant is eligible to practice in the Bankruptcy Court.

7.  Applicant has read and is familiar with the Local Rules of the Western District of

Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District

Court of the Western District of Texas and will comply with the standards of practice

set out therein.

8.      Applicant has not requested admission pro hac vice in the Bankruptcy

Court for the Western District of Texas in the preceding twelve months.

or

Applicant has filed the motions for admission pro hac vice in the

preceding twelve months.

Case Name/Number          Date Filed      Disposition of Motion

_____          _____      _____

_____          _____      _____

_____          _____      _____

Wherefore, Applicant prays that this Court enter an order permitting the

admission of _____ to the U.S. Bankruptcy

Court Western District of Texas *pro hac vice* for this case only.


Respectfully submitted,

_____
[Signature of Applicant]

_____
[Printed name of Applicant]

_____
[Address of Applicant]

_____
[Telephone of Applicant]

_____
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that service of this application has been accomplished in

the manner and on the date of service in the certificate and upon the parties required to

be served on this the 1st Day of October, 2025.

**Note:  Per Local Rule 9013(c)(2) the certificate of service must list each of the entities served and their addresses.**

**Attach a list below of each party served along with the service address and the method of service.**

[Signature of Applicant]

Bruce J. Duke, Esq.
[Printed name of Applicant]

141-I Route 130 South, # 380, Cinnaminson, NJ 08077
[Address of Applicant]

(732) 200-9084
[Telephone of Applicant]

bruce@bdukelawfirm.com
[Email address of Applicant]

###

SERVICE LIST

Debtor
Texas REIT, LLC
2450 Wickersham Lane, Suite 202
Austin, TX 78741

Counsel for Osama Abdullatif
T. Michael Ballases
Hoover Slovacek LLP
5051 Westheimer
Suite 1200
Houston, TX 77056
ballases@hooverslovacek.com

Trustee
Gregory S. Milligan
Chapter 11 Trustee
8911 N Capital of TX Hwy #2120
Austin, TX 78759

Counsel for Chapter 11 Trustee
Stephen Wayne Lemmon
Streusand Landon Ozburn Lemmon LLP
1801 S. Mopac Expressway
Suite 320
Austin, TX 78746

US Trustee's Office
Shane P. Tobin
903 San Jacinto Blvd.
Room 230
Austin, TX 78701

Counsel for WCW Houston Properties,
LLC
Tom A Howley
Howley Law PLLC
700 Louisiana Street
Suite 4220
Houston, TX 77002
tom@howley-law.com