

**The relief described hereinbelow is SO ORDERED.**

**Signed October 01, 2025.**

                                                         **CHRISTOPHER G. BRADLEY**
                                                         **UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **TEXAS REIT, LLC** | § | **Case No. 24-10120-smr** |
| | § | **Chapter 11** |
| | § | |
| Debtor. | § | |

## ORDER STRIKING DOCUMENTS FILED BY JUSTIN RAYOME FOR NONCOMPLIANCE WITH COURT ORDER

On October 1, 2025, Attorney Justin Rayome ("Mr. Rayome") filed an *Emergency Motion to Allow Credit Bidding* [ECF No. 707], an *Emergency Motion to Compel Abandonment of Real Property Located at 8050-8098 Westheimer Road, Houston, Harris County, Texas 77063* [ECF No. 708], and motions to expedite both hearings [ECF Nos. 711 and 712].

Mr. Rayome is subject to a sanction order (the "Order") in this district, issued by Judge Michael Parker on September 26, 2025.[1] The Order provides:

> 1. Justin Rayome, Texas Bar No. 24130709, is barred from filing any document in the Western District of Texas unless the document is

---

[1] *See* Order Withdrawing Show Cause Order and Sanctioning Justin Rayome, *In re RIC (Lavernia) LLC*, No. 24-51195-mmp (Bankr. W.D. Tex. Sept. 26, 2025), ECF No. 258.

1

*filed and co-signed* by either Mr. Cennamo or an attorney other than Mr. Rayome who:

1.1. holds an active certification in Business Bankruptcy Law from the Texas Board of Legal Specialization;

1.2. holds an active certification in Business Bankruptcy from the American Board of Certification; or

1.3. is otherwise approved by the court in which the matter is pending.

Mr. Rayome may seek court approval under ¶ 1.3 by filing a motion that is not co-signed as ordered.[2]

As reflected in CM/ECF, Mr. Rayome filed all four documents [ECF Nos. 707, 708, 711, and 712]. He did so in express violation of Judge Parker's Order.

Further, the Order required Mr. Rayome to file a copy of the Order "in each case in which he is counsel in the Western District of Texas" by September 30, 2025.[3] Mr. Rayome failed to do so in this case.

ACCORDINGLY, IT IS THEREFORE ORDERED that Mr. Rayome's pleadings [ECF Nos. 707, 708, 711, and 712] are stricken for noncompliance with the Order.

# # #

---

[2] *Id.* at 4–5.
[3] *Id.* at 5.