# DUKE LAW FIRM

ATTORNEY AND COUNSELOR AT LAW
WWW.BDUKELAWFIRM.COM

| | |
|---|---|
| NEW JERSEY OFFICE | NEW YORK OFFICE |
| 141-I ROUTE 130 SOUTH, # 380 | 83 HAVILAND DR. SUITE 3 |
| CINNAMINSON, NJ 08077 | PATTERSON, NY 12563 |
| T: (732) 200-9084 | |
| BRUCE@BDUKELAWFIRM.COM | |

**MEMBER NY AND NJ BARS**

October 2, 2025

Via Pacer
Hon. Christopher G. Bradley, U.S.B.J.
United States Bankruptcy Court for the
  Western District of Texas
Homer J. Thornberry Federal Judicial Bldg.
903 San Jacinto Blvd., Suite 326
Austin, TX 78701

    Re:    In re: Texas Reit, LLC, Case No. 24-10120

Dear Judge Bradley:

    This firm has recently submitted an application to appear pro hac vice for Dalio Holdings I, LLC and Dalio Holdings II, LLC. The motion is ECF No. 710. I had planned on participating in the hearings scheduled this morning to request the court grant my application but unfortunately the hearings were canceled.

    Notwithstanding, I have left a voicemail with Your Honor's Courtroom Deputy to see if there was any way that the court would entertain my application. This is of great concern to my client because an issue as arose concerning the auction scheduled for today. Apparently, the broker and the trustee are refusing to provide my client with a link to the auction. We would like access to the bidding as is our right pursuant to the bidding instructions approved by the Court to allow credit bids by secured, first lien creditors.

    Accordingly, I respectfully request that Your Honor allow me to advance my pro hac vice application this morning.

    Thank you for Your Honor's consideration.

    Respectfully,

    /s/ Bruce J. Duke
    Bruce J. Duke

Cc: All Parties of Record (Via ECF)