| AO 436 (Rev. 04/13) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**AUDIO RECORDING ORDER** | | |
|---|---|---|---|
| *Read Instructions.* | | | |
| 1. NAME<br>Chyna Christensen | | 2. PHONE NUMBER<br>(512) 649-3412 | 3. EMAIL ADDRESS<br>cchristensen@bn-lawyers.com |
| 4. MAILING ADDRESS<br>7320 N. Mopac Expressway, Greystone, II Bldg, Suite 400 | | 5. CITY<br>Austin | 6. STATE  7. ZIP CODE<br>Texas    78731 |
| 8. CASE NUMBER<br>24-10120 | 9. CASE NAME<br>Texas REIT, LLC | DATES OF PROCEEDINGS | |
| | | 10. FROM 3/27/2025 | 11. TO 3/27/2025 |
| 12. PRESIDING JUDGE<br>Judge Shad Robinson | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Ausin | 14. STATE Austin |

### 15. ORDER FOR

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☒ BANKRUPTCY
- ☐ OTHER (Specify)

### 16. AUDIO RECORDING REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Specify) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | HRG - MTN Appoint Trustee | 03/27/2025 |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | 1 | |
| | **ESTIMATE TOTAL** | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

18. SIGNATURE *(signed)*

19. DATE  3/31/2025

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   ORDER RECEIPT   ORDER COPY